## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THADDEUS FLETCHER,**<br><br>    Petitioner,<br><br>    v.<br><br>**EDWARD F. REILLY, JR.,** *et al.*,<br><br>    Respondents. | Civil Action No. 01-2058  (JDB) |

## FINAL JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court this 24th day of November, 2003,

**ORDERED** that the petition for habeas corpus is **DENIED**. It is

**FURTHER ORDERED** that the petition for habeas corpus is **DISMISSED** without prejudice. It is

**FURTHER ORDERED** that the order to show cause is **DISCHARGED** as to all respondents.

      /s/    John D. Bates
          JOHN D. BATES
      United States District Judge

Dated:  November 24, 2003

Copies to:

Thaddeus Fletcher
R 07133-007
FCI Estill
100 Prison Road
Estill, SC 29918
    Plaintiff *pro se*

Michael P. Bruckheim
Assistant Corporation Counsel
441 4th Street, N.W.
Washington, D.C. 20001
    <u>Attorney for D.C. Defendants</u>

Robert D. Okun
Chief, Special Proceedings
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20001
    <u>Attorney for United States Parole Commission</u>