UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THADDEUS FLETCHER, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Case No. 01-CV-0601 (JDB) |
| | : | |
| U.S. PAROLE COMMISSION, et al., | : | |
|     Defendants. | : | |
| | | |
| THADDEUS FLETCHER, | : | |
|     Petitioner, | : | |
| | : | |
| v. | : | Case No. 01-CV-2058 (JDB) |
| | : | |
| EDWARD F. REILLY, JR., et al., | : | |
|     Respondents. | : | |

**PLAINTIFF'S/PETITIONER'S MOTION FOR SUMMARY JUDGMENT
ON THE MERITS OF EX POST FACTO CLAIM**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff/Petitioner Thaddeus Fletcher respectfully moves, through counsel, for summary judgment on his claim, raised in his Petition for a Writ of Habeas Corpus and Amended Complaint under 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Federal Narcotics Officers*, 403 U.S. 388 (1971), that his right under the Ex Post Facto Clause to the United States Constitution was violated when the United States Parole Commission[1] applied its federal reparole regulations to him in lieu of the reparole policy and practice of the D.C Board of Parole thereby creating a significant risk of increased punishment. *See Garner v. Jones*, 529 U.S. 244, 251 (2000).

---

[1] At all times referred to herein, the Commission includes the individual members of the Commission sued in their official capacity.

In support of this Motion, Mr. Fletcher relies upon his Statement of Material Undisputed Facts submitted pursuant to Local Civil Rule 7 (h), and his accompanying Memorandum of Law.

**WHEREFORE**, for the foregoing reasons and any others that appear to the Court, Mr. Fletcher respectfully requests that this Honorable Court grant this motion.

April 5, 2007                                   Respectfully submitted,

 

_____
Timothy O'Toole, D.C. Bar No. 469800
Catharine F. Easterly, D.C. Bar No. 484537
Rashida Ogletree, N.Y. Bar Member[2]
Nina Chernoff, N.Y. Bar Member
Special Litigation Division
Public Defender Service
633 Indiana Ave, NW
Washington D.C. 20004

Daniel E. Loeb, D.C. Bar No. 386098
Piper M. Hendricks, D.C. Bar No. 490587
FRIED FRANK HARRIS SHRIVER
& JACOBSON LLP
1001 Pennsylvania Ave., NW, Suite 800
Washington, D.C. 20004

---

[2] Ms. Ogletree's and Ms. Chernoff's memberships to the D.C. Bar are pending; they have entered an appearance in this case pursuant to LCvR 83.2(g).