# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THADDEUS FLETCHER, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Case No. 01-CV-0601 (JDB) |
| | : | |
| U.S. PAROLE COMMISSION, et al., | : | |
|     Defendants. | : | |
| | | |
| THADDEUS FLETCHER, | : | |
|     Petitioner, | : | |
| | : | |
| v. | : | Case No. 01-CV-2058 (JDB) |
| | : | |
| EDWARD F. REILLY, JR., et al., | : | |
|     Respondents. | : | |

## NOTICE OF FILING SEALED DOCUMENTS

Pursuant to the Protective Order filed April 10, 2006 and the E Government Act of 2002, Plaintiff/Petitioner files this Notice of Filing Sealed Documents in the above-mentioned matter. The following sealed documents are filed with the Court: (1) Plaintiff's/Petitioner's Motion for Summary Judgment; (2) Memorandum of Law in Support of Plaintiff's/Petitioner's Motion for Summary Judgment; (3) Statement of Material Undisputed Facts and all supporting documentation.

Respectfully Submitted,

_____
Timothy O'Toole, D.C. Bar No. 469800
Catharine F. Easterly, D.C. Bar No. 484537

        Rashida Ogletree, N.Y. Bar Member[1]
        Nina Chernoff, N.Y. Bar. Member
        Special Litigation Division
        Public Defender Service
        633 Indiana Ave, NW
        Washington D.C. 20004

        Daniel E. Loeb
        District of Columbia Bar No. 386098
        Piper M. Hendricks
        District of Columbia Bar No. 490587
        FRIED FRANK HARRIS SHRIVER
        & JACOBSON LLP
        1001 Pennsylvania Ave., NW, Suite 800
        Washington, DC 20004

        Attorneys for Plaintiff Thaddeus Fletcher

Dated:  April 5, 2007

---

[1] Ms. Ogletree's and Ms. Chernoff's memberships to the D.C. Bar are pending; they have entered an appearance in this case pursuant to LCvR 83.2(g).