UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THADDEUS FLETCHER, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Case No. 01-CV-0601 (JDB) |
| | : | |
| U.S. PAROLE COMMISSION, et al., | : | |
|     Defendants. | : | |
| | | |
| THADDEUS FLETCHER, | : | |
|     Petitioner, | : | |
| | : | |
| v. | : | Case No. 01-CV-2058 (JDB) |
| | : | |
| EDWARD F. REILLY, JR., et al., | : | |
|     Respondents. | : | |

**PLAINTIFF'S/PETITIONER'S LIST OF EXHIBITS IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT[1]**

*Exhibits Regarding the D.C. Board of Parole's Reparole Practices*

Ex. 1   Declaration of Rashida Ogletree, dated April 2, 2007

Ex. 2   Chart of D.C. Board of Parole Adult Reparole Decisions Where Parolee Was Directed to Serve Time in Jail/Prison After Revocation

Ex. 3   List of files produced in discovery by the U.S. Parole Commission that were scanned by Access Litigation

Ex. 4   List of files produced in discovery by the U.S. Parole Commission that were not scanned because irrelevant

Ex. 5   D.C. Board of Parole Policy Guideline on "Rehabilitation and Treatment of Offenders," adopted May 8, 1995

---

[1] These exhibits are cited to in the following documents supporting Plaintiff's/Petitioner's Motion for Summary Judgment: (1) Memorandum of Law in Support of Plaintiff's/Petitioner's Motion for Summary Judgment, (2) Statement of Material Undisputed Facts and (3) Declaration of Rashida Ogletree, Esq., dated April 2, 2007.

1

| | |
|---|---|
| Ex. 6 | Declaration of Gladys Mack, dated January 31, 2007 |
| Ex. 7 | Declaration of Howard Croft, dated November 21, 2006 |
| Ex. 8 | D.C. Board of Parole Rehearing Summary Transcript for parolee [REDACTED] |
| Ex. 9 | D.C. Board of Parole "Setoff Guideline Recommendations" table |
| Ex. 10 | D.C. Board of Parole "Special Instructions for Next Consideration" code list |
| Ex. 11 | August 21, 1992 memo from the U.S. Parole Commission's General Counsel to the Commission's Acting Chairman, with attachments |
| Ex. 12 | D.C. Board of Parole "Reason For Denial - Parole Violation Rehearing" code sheet |
| Ex. 13 | September 19, 1989 "Pre-hearing Assessment" conducted by the U.S. Parole Commission for D.C. parolee [REDACTED] |
| Ex. 14 | D.C. Board of Parole Parole Determination Record for D.C. parolee [REDACTED] |
| Ex. 15 | Summary of June 25, 1991 Review Hearing conducted by the U.S. Parole Commission for D.C. parolee Charles Estes [REDACTED] |
| Ex. 16 | Summary of August 11, 1992 Review Hearing conducted by the U.S. Parole Commission for D.C. parolee e [REDACTED] |
| Ex. 17 | Summary of April 13, 1993 Pre-Review Revocation Hearing conducted by the U.S. Parole Commission for D.C. parolee [REDACTED] |

*Exhibits Regarding the Commission's Reparole Practices*

| | |
|---|---|
| Ex. 18 | Excerpts of the Report of the United States Parole Commission (October 1, 2001-September 30, 2003) |
| Ex. 19 | Excerpts of Deposition of the U.S. Parole Commission's 30(b)(6) witness, July 21, 2006 at 28:22-25, 29:2-23, 62:21-24, 77:3-25, 78:2-8, 88:25, 89:1-10, 133:15-24, 159:16-20, 161:16-25 |
| Ex. 20 | U.S. Parole Commission Desk Book of Training and Reference Materials, Chapter 7, dated June 1, 1995 |

Ex. 21          Excerpts of Jasper Clay Deposition, July 27, 2006 at 45:19-25, 46:2-14

*Exhibits Regarding Plaintiff Thaddeus Fletcher's Reparole Experience to Date*

Ex. 22          Superior Court for the District of Columbia Judgment and Commitment Order for Thaddeus Fletcher, dated 1980

Ex. 23          District of Columbia Department of Corrections Face Sheet for Thaddeus Fletcher

Ex. 24          D.C. Board of Parole Certificate of Parole for Thaddeus Fletcher, dated October 23, 1990

Ex. 25          Circuit Court for Prince George's County, Commitment Record for Thaddeus Fletcher, dated February 28, 1995

Ex. 26          D.C. Board of Parole Parole Determination Record for Thaddeus Fletcher, dated April 20, 1995

Ex. 27          Circuit Court for Prince George's County, Maryland Order of Court for Thaddeus Fletcher, dated January 27, 1997

Ex. 28          D.C. Board of Parole Revocation Hearing Record for Thaddeus Fletcher, dated October 6, 1998

Ex. 29          D.C. Board of Parole Notice of Board Order for Thaddeus Fletcher, dated October 27, 1998

Ex. 30          Documentation of Thaddeus Fletcher's 1998-2000 institutional accomplishments

Ex. 31          November 3, 2000 Memorandum from Danny Minter, General Foreman of the Metro Shop regarding Thaddeus Fletcher

Ex. 32          U.S. Parole Commission Pre-hearing Assessment for Thaddeus Fletcher, dated September 18, 2000

Ex. 33          U.S. Parole Commission Notice of Action for Thaddeus Fletcher, dated December 12, 2000

Ex. 34          U.S. Parole Commission D.C. Revocation Rehearing Hearing Summary for Thaddeus Fletcher, dated November 6, 2000

Ex. 35          U.S. Parole Commission Notice of Action for Thaddeus Fletcher, dated August 14, 2002

| | |
|---|---|
| Ex. 36 | April 25, 2003 letter from Thaddeus Fletcher to Office of the Chairman, U.S. Parole Commission |
| Ex. 37 | U.S. Parole Commission Statutory Interim Hearing Summary for Thaddeus Fletcher, dated May 5, 2004 |
| Ex. 38 | U.S. Parole Commission Notices of Action for Thaddeus Fletcher, dated June 5, 2004 and March 1, 2005 |
| Ex. 39 | U.S. Parole Commission Notices of Action for Thaddeus Fletcher, dated August 14, 2006 and August 17, 2006 |
| Ex. 40 | Excerpts of Margaret Quick Deposition, July 20, 2006 at 107:9-14 |