# Exhibit 1

## DECLARATION OF RASHIDA OGLETREE, ESQ.

I, Rashida Ogletree, Esq, do affirm that the following is true:

1. I am an attorney and a member of the New York Bar. I am currently employed as a Staff Attorney in the Special Litigation Division of the Public Defender Service for the District of Columbia. I have personal knowledge of the information set forth below and, if called upon to testify, could testify competently thereto.

2. My membership to the District of Columbia Bar is pending. I have entered an appearance in *Fletcher v. Reilly*, 01-CV-2058 (JDB) and *Fletcher v. United States Parole Comm'n*, et al., 01-CV-0601 (JDB) pursuant to LCvR 83.2(g).

3. For the past nine months, I have worked on Thaddeus Fletcher's Petition for a Writ of Habeas Corpus and his suit under 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Federal Narcotics Officers*, 403 U.S. 388 (1971). Specifically, I have worked to develop the facts in support of his claim that his right under the Ex Post Facto clause of the United States Constitution was violated when the United States Parole Commission (the "Commission") made the administrative policy decision to discard the policy and practice used by the D.C. Board of Parole (the "Board") to make reparole decisions, and to retroactively implement and apply to all D.C. Code offenders, including Mr. Fletcher, a new, harsher reparole policy and practice, thereby subjecting Mr. Fletcher to a significant risk of increased punishment.

4. As part of my representation of Mr. Fletcher in his related civil and habeas actions, I, along with co-counsel and support staff, reviewed the Commission's

voluminous document production of parolee files containing contemporaneous records of the Board's reparole practice ("the factual investigation"). Mr. Fletcher's counsel conducted the factual investigation to gather evidence of the decision-making process, practice, and policy of the now-defunct Board when deciding whether to release a parolee to reparole.

5.   I was integrally involved at every stage of the factual investigation. I both personally reviewed original Board documents produced by the Commission and oversaw the review by others of original Board documents. I helped establish the parameters of our search and discussed these parameters with everyone involved in the factual investigation.

6.   This declaration and the attached chart are submitted to the Court pursuant to Federal Rule of Evidence 1006. *See* Chart of D.C. Board of Parole Adult Reparole Decisions Where Parolee Was Directed to Serve Time in Jail/Prison After Revocation, attached as Exhibit 2 [hereinafter "Chart of the Board's Reparole Decisions"]. As explained further below, counsel determined that a summary chart would provide the Court with an efficient, yet comprehensive mechanism of reviewing the reparole data gleaned from the Commission's production of Board documents.[1]  I was a primary author of this chart and am personally familiar with all the aggregated data therein.

---

[1] The original Board documents contained within the Commission's document production and summarized in Mr. Fletcher's charts are themselves admissible as records of regularly conducted activity because they were contemporaneously created by Board staff in the course of their regularly conducted activities overseeing D.C. Code Offenders. *See* Federal Rule of Evidence 803(6).

7.  The original Board documents referenced in the attached chart were at all times during the duration of the discovery period and are still in the possession of the Commission. Thus they have always been available to the Commission, rendering unnecessary the need to make originals or duplicates "available" to the Commission "for examination or copying, or both," as otherwise required by Federal Rule of Evidence 1006. Nevertheless, to facilitate and expedite the Commission's review of its own documents, Mr. Fletcher has also coordinated with counsel for the individual Commissioners and the Commission in Mr. Fletcher's civil suit and habeas case and arranged for defendants' counsel to obtain a scanned copy of the relevant portions of its own document production in the form of a searchable electronic database.

**The Scope and Condition of the Commission's Document Production Justifying a Summary under FRE 1006**

8.  Mr. Fletcher was entirely dependent on the Commission to obtain the records of the reparole decisions made by the Board. The Commission had sole possession of these records because, after the Board was disbanded in 2000, all of its parolee files were turned over to the Commission.

9.  In the course of discovery in this case, counsel for Mr. Fletcher requested that the Commission produce all files in its possession relating to D.C. Code offenders. The Commission countered that it would be overly burdensome to produce all files responsive to Mr. Fletcher's request and instead offered Mr. Fletcher access to the files relating to D.C. Code offenders stored at the Commission's Bethesda, Maryland headquarters. The Commission represented that those files would be sufficiently responsive to Mr. Fletcher's request and

3

would allow the Commission to avoid what it claimed was the undue burden of obtaining the remainder of the Board's files. Mr. Fletcher agreed to the Commission's proposal that he limit his search in such a fashion by accepting all responsive documents that the Commission could provide without the undue burden. The Commission has never indicated, and counsel for Mr. Fletcher has no reason to believe, that other undisclosed D.C. Code Offender files in the Commission's possession present a distinguishable group of the Board's reparole decisions from those contained within the Commission's document production.

10. After obtaining access to the responsive files from the Commission, Plaintiff's counsel and support staff reviewed each and every file produced by the Commission and proceeded to set aside files that did not contain any reference to a reparole decision by the Board. A complete and accurate list of the files produced by the Commission, but not scanned because they were irrelevant, is attached as Exhibit 4. Even after setting aside these files, however, the remaining files that possibly contained relevant information were voluminous. In all, 369,623 documents were scanned. A complete and accurate list of the files produced by the Commission and scanned by Access Litigation is attached as Exhibit 3.

11. Within each individual parolee file containing a reference to a Board reparole decision, Mr. Fletcher's counsel determined that they needed to look at complete reparole decision cycles – that is, the time between the decision to revoke an individual parolee and the conclusion of the reparole process, usually

with a parolee's release to reparole.  (Using this definition of a "reparole decision," a single D.C. Code offender might have multiple reparole decisions in his file if he had been revoked and reparoled by the Board on multiple occasions).

12. The volume, condition, and organization of the produced files preclude convenient in-court examination of the Board's reparole decisions.  These documents are organized in such a way (by parolee name and federal register number) that is not useful in determining whether the file contains any information about the Board's reparole decisions, and thus necessitating individual review of each file.  In addition, many files are internally disorganized and significantly out of chronological order, and some files are missing standard documents, necessitating review of other documents in the file to see if they supply the information necessary to determine the full story of a particular reparole cycle, from revocation to release.  Lastly, some parolees simply had complicated parole histories.  In short, a comprehensive review of an individual D.C. Code offender's reparole decisions in many cases necessitated review of every document in that person's file, which files often contain hundreds if not thousands of documents.

13. In light of the volume, condition, and organization of the Board's records in the Commission's possession, a summary chart, pursuant to Federal Rule of Evidence 1006, will provide the Court with an efficient, yet comprehensive mechanism of reviewing the reparole data gleaned from the Commission's production of Board documents.

5

## The Parameters of The Factual Investigation

14. The factual investigation by Mr. Fletcher's counsel was guided by the facts of Mr. Fletcher's case. The Board granted Mr. Fletcher parole on an adult conviction. The Board later revoked Mr. Fletcher's parole and determined that, after serving a 24-month interim period of reincarceration or "set-off" period, he would be eligible for reparole consideration. There were no impediments to an actual reparole decision in Mr. Fletcher's case: Mr. Fletcher's parole revocation proceedings before the Board took place after he had completed his new sentence on the revocation conduct (and thus service of this new sentence in no way impeded Mr. Fletcher's actual release to reparole), and Mr. Fletcher incurred no new convictions during this set-off period, which also could have imposed complications under the Board's procedures.

15. In attempting to determine how Mr. Fletcher's revocation violation would have been treated if the Board's practices had been left in place rather than retroactively superseded by the Commission's guidelines, we accordingly attempted to identify cases that were handled under the same Board policy and practice that would have applied to Mr. Fletcher's case.[2]

16. Specifically, Mr. Fletcher's counsel reviewed cases in which the Board revoked the parole of an adult felony offender, determined at the revocation hearing that the parolee was eligible for reparole, and imposed an interim period of

---

[2] Apart from distinguishing irrelevant reparole decisions, Mr. Fletcher's counsel set aside cases where there was some indication in a D.C. Code offender's file that the Board had made an adult reparole decision that might have been relevant, but there simply was not enough documentation in the file to determine when, why, or how that decision was made.

incarceration prior to consideration for reparole (usually referred to in the Board's documents as a "set-off" period), where no impediments arose to a decision by the Board to grant or deny reparole at the completion of this first set-off period. We fully examined this specific decision-making process in every case where it occurred and focused on what factors led directly to the Board's decision either to grant release on reparole or to impose an additional period of incarceration at the end of the set-off period.

17. Our review indicated that the following categories of cases would have been treated substantially differently from a case like Mr. Fletcher's and thus are not noted in the Chart of the Board's Reparole Decisions:

    a.  We have not included reparole cases in which the underlying paroleable conviction was a Youth Act conviction. Our review of cases indicated that different practices and regulations were applied to parolees with Youth Act convictions.

    b.  We have not included reparole cases in which the Commission either revoked or considered a D.C. inmate for reparole. We are seeking to determine the Board's prior policy and practice, and cases in which the Commission participated do not provide direct evidence of that practice.

    c.  We have not included cases in which the reparole process was interrupted by new criminal conduct before the first reparole consideration date. The Board often aggregated the new criminal conviction with the underlying paroleable conviction and the Board ultimately made an *initial* parole decision not a *reparole* decision. At other times, the Board made its

reparole decision contingent on the D.C. Code offender's eligibility for parole on his new conviction. Mr. Fletcher did not engage in any criminal conduct after the original Board revocation hearing, thus these cases say nothing about what would have happened to Mr. Fletcher.

d. We did not track cases in which the Board determined, based solely on information available at the time of revocation, that a parolee should not be considered for reparole at all and should be held to his mandatory release date. This included parolees with very short periods of time remaining on their sentences. These relatively uncommon cases are not relevant because they were not reparole cases and involved no set-off period. Mr. Fletcher's case was a reparole case and involved a set-off.

e. We did not track cases where the Board stated that its decision to deny or delay parole was based on the parolee's mental health. Mr. Fletcher has no history of mental health problems, and the Board's decision-making process in his case was not affected by such considerations.

f. We did not track cases in which the Board ordered a parolee to be revoked and reparoled immediately. Our review showed that this was fairly common, even where the underlying offense and criminal conduct was quite serious. The Board did this in 210 of 551 reparole decisions reviewed, or in 38 percent of the pool of reparole decisions documented in the Commission's production of Board documents. Nevertheless, because the Board ordered a set-off in Mr. Fletcher's case, the Board's immediate release practice is not relevant in showing what would have happened to

Mr. Fletcher. However, this practice is evidence of the Board's broad focus on releasing offenders to parole as swiftly as possible.

18. With these parameters, Mr. Fletcher's counsel identified within the Commission's document production 341 relevant reparole decisions made by the Board (the "relevant Board reparole decisions"). Among these cases, the underlying paroleable convictions, the best proxy we have for the date of the underlying criminal conduct, spanned a period of 32 years, from 1964 to 1997. The parole revocation dates spanned a period of 23 years, from 1975 to 1998.

19. We have recorded the salient details of these relevant Board reparole decisions in the attached chart. *See* Chart of the Board's Reparole Decisions (documenting the name and register number, date and nature of underlying paroleable conviction, nature of revocation conduct and date of revocation, date of release, time between revocation and release to parole, reason for grant or denial at first reparole reconsideration date, ultimate reason for grant of reparole if parolee was not released after first reparole consideration date, and whether or not the Board's decision to grant reparole after directing a parolee to serve time in jail or prison was contingent on the nature of the underlying paroleable conviction or revocation conduct).[3]

---

[3] To obtain information of the Board's reparole decisions, counsel for Mr. Fletcher relied for the most part on the Board's documents, as well as Superior Court for the District of Columbia Judgment and Commitment Orders that were in the Board's files. However in a few cases, we gleaned relevant information from the Commission's documents summarizing information presumably obtained from Board files. All quoted information in the chart comes from the Board's documents.

## What the Documents Show

20. The file review established that the Board applied a two-step process to cases like Mr. Fletcher's.

21. At the first stage, the Board held a revocation hearing to determine whether revocation was required and, if so, whether reincarceration and service of a set-off period was warranted or the parolee should be immediately released.

    a. The determination to reincarcerate a parolee whose parole had been revoked was, at least in part, a function of the nature of the revocation conduct and the amount of time remaining on the parolee's underlying paroleable conviction.  This decision was generally dictated by the Board's published guidelines.  Pursuant to these guidelines, 24 months was the maximum set-off a parolee could be ordered to serve in prison for a revocation violation.  However, the Board was permitted to go outside the guidelines in exceptional cases.

    b. Demonstrating its concern with rehabilitation and self-improvement, the Board routinely prescribed special instructions to be completed during the set-off period, often including specific programming related to the underlying paroleable conviction or revocation conduct.

22. At the second stage, the Board decided whether or not to release a parolee who served his Board-ordered set-off.  Our review indicated that in every single case – fully 100 percent – the *only* consideration examined by the Board at this second stage was the inmate's post-incarceration rehabilitative conduct.

23. In many set-off cases, the Board simply presumed that sufficient rehabilitative conduct would occur by the end of the set-off period. In such cases, release automatically occurred unless the parolee had displayed significant negative conduct between revocation and release. Only if such negative conduct came to the Board's attention would the Board conduct another review of the parolee's case and direct the parolee to serve an additional set-off period. In the attached chart, the cases where the automatic presumption of release applied without further hearings or review are characterized as instances where the Board "granted reparole: set-off served." *See, e.g.*, Chart of the Board's Reparole Decisions at #247 (████████████ granted reparole because he served his set-off); *id.* at #330 (██████████ same).[4] We have also noted in the attached chart those cases in which the parolee lost the presumption of release because of negative conduct. *See, e.g., id.* at #236 (█████████████granted reparole because he served his set-off but this grant was subsequently rescinded because he "went on escape").

24. In the remainder of set-off cases, the Board's decision to grant or deny reparole followed an on-paper or in-person review at the end of the set-off period, designated the "first reparole consideration date" in the chart. At this first reparole consideration date, the Board's policy and practice was to focus exclusively on the parolee's rehabilitative conduct – institutional behavior and any positive programming – during that interim period of reincarceration. The Board explicitly documented its "usual policy" and reliance on rehabilitative

---

[4] The date entered in the chart for the "first reparole consideration date" in these cases, is the date on or after which the Board ordered the parolee to be reparoled.

conduct to dictate its reparole decision in the case of parolee ███████.
"The Board's usual policy is that the person is penalized at the time of the
revocation hearing for all past indiscretions, leaving over the matter to be
viewed between the revocation and the next hearing to be his adjustment during
the interim period." Ex. 8 (D.C. Board of Parole Rehearing Summary
Transcript for parolee ██████████; Chart of the Board's Reparole Decisions
at #10.

25. If special instructions were prescribed at the time of revocation, the Board also
took the parolee's degree of compliance with those instructions into
consideration. *See, e.g.,* Chart of the Board's Reparole Decisions at #2 ██████
██████ "Fulfilled all the requirements of his set-off."); *id.* at #335 (██████
██████ "[H]e complied with special instructions by completing substance
abuse treatment, [narcotics anonymous], [alcoholics anonymous], and
individual self-study."); *id.* at #32 (█████████ "He did what he could to
follow [Board of Parole] Sp[ecial] instructions."); *id.* at #33 (██████████
"There is no evidence subject complied with special instructions"); *id.* at #168
(██████████ "Subject has not completed the drug program per [Board of
Parole] sp[ecial] instructions."); *id.* at #218 (██████████ "did not address
Board's special instructions").

26. Our review showed that in all of the relevant Board reparole decisions reviewed,
the Board focused on rehabilitative conduct and granted reparole if there was
*some indication, however slight, that the parolee had been rehabilitated.*

a.  The Board found evidence of rehabilitation in (1) the presence of positive conduct, usually in the form of efforts to take advantage of educational and self-help programs, (2) the absence of significant negative conduct, including serious disciplinary infractions and positive drug tests, and (3) the ability to take advantage of further rehabilitation opportunities in the community, such as out-patient drug treatment programs. *See, e.g.,* Chart of the Board's Reparole Decisions at #260 ▆▆▆▆ "Mr. ▆▆▆▆ has maintained a clear conduct record . . . a work detail . . . and has been attending Narcotics Anonymous."); *id.* at #74 ▆▆▆▆ "he has complied" with the Board's special instructions and his "adjustment is considered excellent"); *id.* at #324 ▆▆▆▆ "found to be acceptable for a residential treatment program"). Even the desire for self-improvement was considered relevant in the decision to grant reparole. *See, e.g., id.* at #89 ▆▆▆▆ "wants to turn life around"); *id.* at #251 ▆▆▆▆ "is demonstrating some behavioral and personal growth").

b.  In some cases where the Board conducted an on-paper or in-person review, the Board ordered release to reparole simply because the set-off period had expired. The Board presumed that the parolee was rehabilitated because the parolee had done nothing to rebut that presumption. *See, e.g.,* Chart of the Board's Reparole Decisions at #79 ▆▆▆▆ granted reparole despite the fact that "he did not put forth a real effort in terms of completing his assigned programs" and,

13

overall, he "tended not to do all of what was expected of him"); *id.* at #323
█████████ granted reparole because he had "no positive urines");
*id.* at #272 (█████████ "has cooperated and no programs have been
available").

c.   In one anomalous case, the Board confused a parolee with another parolee
with the same name and, as a consequence, was under the mistaken
impression that it had improperly minimized the parolee's criminal history
and had incorrectly calculated the length of his set-off period at his
revocation hearing.  *See* Chart of the Board's Reparole Decisions at #326
(█████████. The Board then took the highly unusual step – unseen
in any other case reviewed – of recalculating the parolee's set-off at the
conclusion of the originally imposed nine-month set-off period.  *Id.*  The
Board shortly thereafter determined that it had been right all along with
respect to the parolee's criminal history, cancelled the disposition
reflecting the mistaken re-calculation of the set-off, and granted the
parolee reparole based on its conclusion that he had engaged in sufficient
rehabilitative conduct to earn reparole release and any further
rehabilitative needs could be met in the community.  *Id.*

27. Likewise, in 100% of the relevant Board reparole decisions reviewed, the *sole*
basis for denying reparole at the first and any subsequent reparole consideration
date was the absence of any indication that the parolee had been rehabilitated.

a.   The Board looked to a parolee's failure to program, multiple or serious
disciplinary reports, new criminal conduct, positive drug test results, and

14

general refusal to change attitude. *See, e.g.*, Chart of the Board's Reparole Decisions at #284 (███████ "very unsatisfactory" institutional conduct, including five disciplinary reports, showed that he has "not attempted true rehabilitation at this point"); *id.* at #66 (███████ "has not done anything of a positive nature to bring about any change in his life"); *id.* at #263 (███████ "[S]ubject did not participate in any of the [recommended] programs . . . and he maintained a lackadaisical attitude regarding self-improvement."); *id.* at #322 (███████ "[N]eeds to complete vocational trade school; participate in a work detail; remain [disciplinary report] free."); *id.* at #277 ███████ "[S]ubject arrested for assault w/ intent to rape while housed at [halfway house].").

b.   In such cases, the Board directed the parolee to serve another interim period in prison so as to demonstrate that he had sufficiently rehabilitated himself and earned the right to reparole. *See, e.g.*, Chart of the Board's Reparole Decisions at #19 (███████ requiring parolee to serve another interim period in prison after first consideration because "[he] has not complied with the Board's recommendations to remain free of [disciplinary reports] and to participate in recommended programming"); *id.* at #20 (███████ requiring parolee to serve another interim period in prison after first consideration because "[t]he Board made it very clear that subject must follow the special instructions but he failed to do so").

15

c.  The Board refused to grant reparole unless and until the parolee
demonstrated sufficient rehabilitative conduct. *See, e.g.*, Chart of the
Board's Reparole Decisions at #98 (█████████noting that since the
denial at his first reparole consideration date, "subject has continually
improved in all areas demonstrating his sincerity to change"); *id.* at #277
(████████ granting reparole after denial at first consideration
because "ever since Mr. ██████was arrested he has maintained a good
institutional adjustment"); *id.* at #322 ███████ granting reparole
after denial at first consideration because "since his last hearing subject
appears to have matured and participated in programs").

28. In the early 1990s, the Board formalized its reliance on negative institutional
conduct as the sole basis for denying reparole and created a sheet coding the
"reasons for denial" of reparole, which the Board included in reparole hearing
summaries. *See* D.C. Board of Parole "Reason For Denial - Parole Violation
Hearing" code sheet, attached as Exhibit 12. The form provides numerical
codes for the authorized reasons to deny reparole. Only four reasons are listed,
and each is directed at the absence of rehabilitative conduct: (1) "repeated or
extremely serious negative institutional behavior"; (2) "made little or no effort
toward rehabilitation"; (3) "needs programs and/or rehabilitative services to
minimize risk to the community"; and (4) "failed to comply with special
instructions." *Id.* The numerical codes found on this form and the form itself
appear in many of the relevant Board reparole decisions reviewed.

29. In the relevant Board reparole decisions reviewed, the Board's singular focus on rehabilitative conduct as the determining factor in making reparole decisions was consistent and unwavering for over twenty years. This focus did not vary either based on the nature or the date of a parolee's underlying paroleable conviction or revocation conduct.

30. In fact, the Board explicitly rejected reliance on offender characteristics at the conclusion of the first set-off. *See* D.C. Board of Parole Parole Determination Record for D.C. parolee ███████████ attached as Exhibit 14 (the Board rejected the institution's recommendation of continued incarceration because it was based on "the same information on which his parole was revoked"; the Board instead granted reparole based on the parolee's satisfactory programming, work detail, and lack of disciplinary reports).[5]

   a.  Parolees with serious underlying convictions, serious revocation conduct, or both were granted reparole at the first consideration as long as there was some indication that the parolee had been rehabilitated. *See, e.g.,* Chart of the Board's Reparole Decisions at #244 (███████████ granting reparole despite underlying conviction of Second Degree Murder and revocation offenses including Assault with a Dangerous Weapon because the "subject has acquired skill in sheet metal vocation . . . [and] he didn't involve himself in any negative behavior"); *id.* at #242 (███████████ granting reparole despite underlying convictions of Second Degree Murder and Attempted Robbery while Armed and revocation offenses

_____

███████████s not in the Chart of Board Reparole Decisions because the Commission participated in his reparole decision. *See supra* ¶17(b).

including Armed Robbery and Possession of a Dangerous Weapon because "no further purpose is served by more incarceration . . . [h]e says he has learned his lesson").

b.  Even individuals whose parole was revoked based on technical violations could earn reparole only through rehabilitative conduct within the institution. *See, e.g.*, Chart of the Board's Reparole Decisions at #25 (███████: parole revoked for technical/noncriminal violations of parole, but denied reparole at first consideration "based on subject's repeated or extremely serious negative institutional behavior"); *id.* at #9 (███████ parole revoked for technical/noncriminal violations of parole, but denied reparole at first consideration based on negative institutional behavior).

31. In all of the relevant Board reparole decisions reviewed, there is no case where the Board directed a parolee eligible for reparole to serve as much time in prison as Mr. Fletcher has served.  Presently, rather than serving only his 24-month set-off pursuant to the Board's reparole policy and practice, Mr. Fletcher has served 104 months since his October 1998 revocation.

a.  In cases where a parolee demonstrated rehabilitative conduct at the first reparole consideration date, the longest period of time the Board ordered a parolee to serve prior to reparoling him was 41 months, and in this case the parolee had initially been given a set-off outside the guidelines of 36 months. *See* Chart of the Board's Reparole Decisions at #297 (███████ ███████).

18

    b.  In cases where a parolee failed to demonstrate rehabilitative conduct at the first reparole hearing, but was ultimately reparoled by the Board, the longest period of time the Board ordered a parolee to serve prior to reparoling him was 87 months, and in this case, the parolee had not only demonstrated negative institutional conduct, he had been on escape for 800 days within the 87 month period. *See* Chart of the Board's Reparole Decisions at #191 (███████).

32. In Mr. Fletcher's Memorandum of Law in support of his Motion for Summary Judgment and Statement of Material Undisputed Facts, counsel for Mr. Fetcher has attached as independent exhibits a number of Board and Commission documents produced by the Commission, *see* Exs. 8-17, 22-39, and one document produced by Mary Jo Williams at her August 9, 2006 deposition. *See* Ex. 5. I hereby certify that these exhibits are true and accurate copies of the documents produced to Mr. Fletcher's counsel in the course of discovery.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT.

*April 2, 2007*
Date

_____
Rashida Ogletree, Esq.

# Exhibit 2

# Chart of D.C. Board Adult Reparole Decisions Where Parolee Was Directed to Serve Time in Jail/Prison After Revocation

| Ref No. | Name | Conviction Charge | Conviction Date | Revocation Basis | Revocation Date | First Reparole Consideration Date | Release to Reparole Date | Time between revocation and release to reparole | Reason for Grant or Denial at First Reparole Consideration Date | If Not Released After First Reparole Consideration Date, Ultimate Reason for Grant of Reparole | Reparole after service of set-off contingent on Underlying Conviction/Revocation Conduct? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | [REDACTED] | Robbery | 10/30/1970 | Possession of Marijuana & PCP; Carrying a Pistol Without a License | 5/10/1988 | 5/4/1989 | 8/28/1990 | 28 months | **Granted reparole: sufficient rehabilitative conduct** ("Subject has completed DAAPT Program, street law course and has remain[ed] free of DRs (disciplinary reports). He has made a good adjustment since his last hearing." BK305518, BK305519, see also BK305514 (Board Order), BK305464 (Certificate of Parole)) | n/a  Already released | No |
| 2 | [REDACTED] | Assault with Intent to Rob, Assault with a Dangerous Weapon, Assault with Intent to Rob While Armed, Receiving Stolen Property | 9/23/1982 9/30/1987 11/4/1987 | Possession of Dangerous Weapon | 9/22/1992 | 12/4/1992 | 2/12/1993 | 5 months | **Granted reparole: sufficient rehabilitative conduct** ("Subj[ect] has not been a management problem"; "Subject has employment with a barbershop. He is hoping to continue his education at vocational school. Has his GED. Counselor states that he is also attending NA. Fulfilled all the requirements of his set-off." BK305469, BK305470, see also BK305464, BK305462 (Certificate of Parole)) | n/a  Already released | No |
| 3 | [REDACTED] | Arson Burglary II | 6/27/1978 9/8/1978 10/2[0]/1989 | Arrest for Possession of Cocaine, Noncriminal | 7/30/1998 | 2/10/1999 | 4/15/1999 | 9 months | **Granted reparole: sufficient rehabilitative conduct** ("The n/a APRA assessment has found subject to be acceptable for a 28 day inpatient drug treatment program." BK250, see also BK252 (Board Order), BK275 (Commission Document confirming release date)) | n/a  Already released | No |
| 4 | [REDACTED] | Attempted Robbery, Assault with Intent to Rob While Armed | 3/14/1979 2/27/1985 | Assault with Intent to Rob While Armed | 8/6/1992 | 6/1/1993 | 2/4/1994 | 6 months | **Granted reparole: sufficient rehabilitative conduct** ("There are no DRs nor incident reports indicated since subject's revocation hearing." "satisfactory adjustment" during set-off. [REDACTED] "has reportedly had satisfactory adjustment since" revocation "approximately one year ago". "he is participating in [the] New Birth [program] and has not been a management problem." BK306393, BK306393, see also BK306398 (Board Order), BK306399 (Certificate of Parole)) | n/a  Already released | No |
| 5 | [REDACTED] | Involuntary Manslaughter | 6/18/1987 | Noncriminal | 4/15/1993 | 10/19/1993 | 10/19/1994 | 18 months | **Granted reparole: sufficient rehabilitative conduct** ("progress report indicates no DRs nor incident reports," BK307040, "appears to have made positive efforts at programming." BK307042; "Subject completed ETAP, a drug program (50 days) and attended NA." BK307046, see also BK307037 (Board Order), BK307027 (Certificate of Parole)) | n/a  Already released | No |
| 6 | [REDACTED] | Attempted Robbery, Attempted Distribution Heroin | 1/15/1991 | Noncriminal | 7/9/1998 | 12/2/1998 | 2/24/1999 | 8 months | **Granted reparole: sufficient rehabilitative conduct** ("APRA n/a has found subject acceptable for a 4 month inpatient drug treatment program." BK915, see also BK911 Board Order), BK910 (Certificate of Parole)) | n/a  Already released | No |
| 7 | [REDACTED] | Robbery, Prison Breach | 4/28/1992 | Noncriminal | 9/8/1997 | 2/20/1998 | 4/3/1998 | 7 months | **Granted reparole: sufficient rehabilitative conduct** ("(1) n/a Regularly attends NA & AA mtgs. (2) Maintains a Work Detail as a Volunteer w/ AANA"; also noted "compliance with the Board's special instructions" of "NA, Prog. Participation, & no new DRs." BK1310, BK1312, BK1309, see also BK1307 (Board Order), BK1305 (Board document confirming release date) | n/a  Already released | No |
| 8 | [REDACTED] | Armed Robbery, Simple Assault | 5/7/1976 8/11/1976 | Noncriminal | 10/2/1985 | 3/13/1986 | 3/13/1986 | 6 months | **Granted reparole: sufficient rehabilitative conduct** ("the n/a Board is of the opinion that [REDACTED] has used this set-off period wisely and has gotten back on track as far as getting control of his alcohol abuse problem" BK308195, see also BK308196 (Board Order), BK308197 (Certificate of Parole) | n/a  Already released | No |

Page 1

# Chart of D.C. Board Adult Reparole Decisions Where Parolee Was Directed to Serve Time in Jail/Prison After Revocation

| Ref No. | Name | Conviction Charge | Conviction Date | Revocation Basis | Revocation Date | First Reparole Consideration Date | Release to Reparole Date | Time between revocation and release to reparole | Reason for Grant or Denial at First Reparole Consideration Date | If Not Released After First Reparole Consideration Date, Ultimate Reason for Grant of Reparole | Reparole after service of set-off contingent on Underlying Conviction/Revocation Conduct? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | [REDACTED] | Armed Robbery, Simple Assault | 5/7/1976, 8/11/1976 | Noncriminal | 7/26/1989 | 12/20/1991 | 3/6/1996 | 79 months | **Denied reparole: insufficient rehabilitative conduct** (recent escape for seven months, positive urine for cocaine, "serious alcohol problem," BH308241; see also BH308250 (Board Order)) | **Granted reparole: sufficient rehabilitative conduct** (notes "Poor" performance under any type of community supervision, BH308254, but reparole deemed warranted because subject "followed his recommended programming" and received only one DR while in the area" of the incident, BH308255; see also BH308260 (Board Order), BH308261 (Certificate of Parole). | No |
| 10 | [REDACTED] | Armed Robbery & Attempted Robbery | 4/6/1970 | Possession with Intent to Distribute Heroin | 4/2/1982 | 4/2/1983 | 5/27/1983 | 14 months | **Granted reparole: sufficient rehabilitative conduct** ("The record reflects that since the last hearing [REDACTED] has picked up his usual excellent adjustment in the institution and comes before the Board in pretty much the same stance that he has always come before the Board, and that is while in institutional custody he makes an ideal prisoner. The Board, however, has serious questions as to whether his past adjustment prophesizes to any degree what is going to happen to him in the future .... The Board does feel, however, that it has to be true to its general guidelines with reference to set-offs and denials. **The Board's usual policy is that the person is penalized at the time of the revocation hearing for all past indiscretions, leaving over the matter to be viewed between the revocation and the next hearing to be his adjustment during the interim period. With this taken into consideration, the Board feels at this time obligated to grant [REDACTED] parole.**" BH308979 (emphasis added); see also BH308980 (Board Order), BH308981(Certificate of Parole) | n/a Already released | No |
| 11 | [REDACTED] | Armed Robbery & Attempted Robbery | 4/6/1970 | Noncriminal | 4/17/1996 | 5/30/1996 | 6/24/1996 | 3 months | **Granted reparole: set-off served** (Revocation Order imposed special conditions: narcotics surveillance, outpatient alcohol program[;] alcohol abstinence, alcoholics anonymous." BH309110, see also BH309111 (Certificate of Parole) | n/a Already released | No |
| 12 | [REDACTED] | Attempted Distribution of Cocaine & Bail Reform Act | 6/19/1990, 8/6/1990 | Noncriminal | 1/31/1995 | 7/14/1995 | 11/24/1995 | 10 months | **Granted reparole: sufficient rehabilitative conduct** ("invaluable contributor" to ETAP, BH2107, "subject has served 6 month set-off. He was instructed to attend NA, complete ABE, ETAP and SAP. There is no reported completion this set-off. However, adjustment is described as satisfactory. There are no DRs or other infractions" BH2109, see also BH2104 (Board Order), BH2102 (Certificate of Parole) | n/a Already released | No |

## Chart of D.C. Board Adult Reparole Decisions Where Parolee Was Directed to Serve Time in Jail/Prison After Revocation

| Ref No. | Name | Conviction Charge | Conviction Date | Revocation Basis | Revocation Date | First Reparole Consideration Date | Release to Reparole Date | Time between revocation and release to reparole | Reason for Grant or Denial at First Reparole Consideration Date | If Not Released After First Reparole Consideration Date, Ultimate Reason for Grant of Reparole | Reparole after service of set-off contingent on Underlying Conviction/Revocation Conduct? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | [REDACTED] | Robbery, Attempted Robbery, Assault with Dangerous Weapon, Failure to Appear, Distribution Heroin, Attempted Possession with Intent to Distribute Heroin | 1/5/1983, 2/12/1991 | Distribution of Heroin; Possession with Intent to Distribute Heroin | 11/6/1995 | 6/7/1996 | 6/7/1996 | 7 months | **Granted reparole: set-off served** (Revocation Order recommended work release & imposed conditions: surveillance and outpatient drug program, BK2240, see also BK2250 (Certificate of Parole) | n/a Already released | No |
| 14 | [REDACTED] | Robbery, Attempted Robbery, Assault with Dangerous Weapon, Failure to Appear | 1/5/1983 | Soliciting for Lewd and Immoral Purposes | 9/20/1989 | 3/20/1990 | 3/20/1990 | 6 months | **Granted reparole: set-off served** (Revocation Order imposed special conditions: "strict narcotics surveillance, refer to LEED program & Project Lifeline" BK2211; see also BK2210 (Certificate of Parole) | n/a Already released | No |
| 15 | [REDACTED] | Assault with Intent to Rape While Armed & Burglary | 1/20/1983 | Noncriminal | 8/21/1997 | 11/28/1997 | 2/18/1998 | 6 months | **Granted reparole: sufficient rehabilitative conduct** "[P]arole[e] (was) revoked based on his use of illegal substances while in the community. The Board continued [REDACTED] case for an assessment of his substance abuse treatment needs by APRA. On 11-6-97 APRA assessed the subject's case and determined that his treatment needs could be best addressed through participation in a short-term (28 day) residential treatment program with an interpreter (subject is hearing impaired) The residential treatment should be followed by one year of intensive aftercare." BK261730, see also BK261722 (Board Order); BK261720 (Certificate of Parole)) | n/a Already released | No |
| 16 | [REDACTED] | Burglary II & Escape | 6/28/1990 | Noncriminal | 5/14/1998 | 6/1/1998 | 12/4/1998 | 7 months | **Granted reparole: sufficient rehabilitative conduct** "[Subject's] case was continued for a diagnostic evaluation. Subject was found to be acceptable for placement in a residential treatment program of mo[n]th's." BK310109, see also BK310106 (Board Order); BK310105 (Certificate of Parole)) | n/a Already released | No |
| 17 | [REDACTED] | Armed Robbery, Distribution of Cocaine | 6/26/1990, 5/6/1988 | Noncriminal | 1/21/1998 | 7/13/1998 | 10/29/1998 | 9 months | **Granted reparole: set-off served** (Reparole order imposed inpatient drug program, outpatient drug program and narcotics surveillance as special conditions. BK2562, see also BK2563 (Certificate of Parole)) | n/a Already released | No |
| 18 | [REDACTED] | Burglary I & Theft I, Attempted Distribution Cocaine | 5/30/1984, 5/9/1991 | Theft & Noncriminal | 1/9/1998 | 7/29/1998 | 12/4/1998 | 11 months | **Granted reparole: sufficient rehabilitative conduct** "(acceptable in a residential treatment prog. of 28 days" BK2857, see also BK2853 (Board Order), BK2852 (Certificate of Parole)) | n/a Already released | No |
| 19 | [REDACTED] | Burglary II & Theft I | 5/30/1984 | Noncriminal | 6/7/1990 | 1/15/1991 | n/a Reparole process interrupted by new criminal conduct | n/a Reparole process interrupted by new criminal conduct | **Denied reparole: insufficient rehabilitative conduct** "[REDACTED] has not complied with the recommended programming." BK2050; see also BK3034 underlying parole/eligible conviction) (Board Order) | n/a Reparole process interrupted by new criminal conduct, BK2986 (Board Document notes in confirming aggravation of new conviction with underlying parole/eligible conviction) | No |

# Chart of D.C. Board Adult Reparole Decisions Where Parolee Was Directed to Serve Time in Jail/Prison After Revocation

| Ref. No. | Name | Conviction Charge | Conviction Date | Revocation Basis | Revocation Date | First Reparole Consideration Date | Release to Reparole Date | Time between revocation and release to reparole | Reason for Grant or Denial at First Reparole Consideration Date | If Not Released After First Reparole Consideration Date, Ultimate Reason for Grant of Reparole | Reparole after service of re/off contingent on Underlying Conviction/Revocation Conduct? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | [REDACTED] | Murder I, Possession with Intent to Distribute Heroin | 12/22/1967 7/20/1992 | Possession with Intent to Distribute Heroin | 1/26/1994 | 1/19/1996 | n/a. Reparole process interrupted by new criminal conduct | n/a Reparole process interrupted by new criminal conduct | Denied reparole: insufficient rehabilitative conduct ("The... Reparole process interrupted by new criminal conduct. Board made it very clear that subject must follow the special instructions but he failed to do so." B#268669 (Board Document added), see also B#268663 (Board Order)) | | No |
| 21 | [REDACTED] | Murder I | 12/22/1967 | Possession of Heroin (x2) | 3/14/1990 | 8/2/1990 | 9/20/1990 | 18 months | Granted reparole: sufficient rehabilitative conduct ("subject appears to have earned another parole opportunity ... No indication of illegal drug use in the institution. Positive overall adjustment." B#268872(emphasis added); see also B#268867 (Board Order), B#268801 (Board document confirming release date) | n/a Already released | No |
| 22 | [REDACTED] | Attempted Distribution Cocaine (x2), Assault With a Dangerous Weapon | 5/22/1990 10/29/1991 11/26/1991 | Unlawful Use of a Vehicle, Simple Assault | 1/25/1995 | 5/3/1996 | 2/11/1997 | 25 months | Granted reparole: sufficient rehabilitative conduct ("Individual counseling" and "12 step Narcotics [Anonymous]" B#3270, "he still receives his medication," B#3272; see also B#3262 (Board Order), B#3261 (Certificate of Parole) | n/a Already released | No |
| 23 | [REDACTED] | Robbery x 2, Carrying a Pistol Without a License, Burglary | 9/16/1985 10/29/1996 10/21/1996 6/8/1988 | Noncriminal | 2/26/1993 | 6/22/1993 | 8/12/1993 | 6 months | Granted reparole: sufficient rehabilitative conduct ("participated in whatever programs that were available", "not cited for any DRs," B#3839, see also B#3853 (Board Order), B#3852 (Certificate of Parole) | n/a Already released | No |
| 24 | [REDACTED] | Burglary II | 9/24/1993 | Noncriminal | 8/4/1997 | 11/15/1997 | 1/13/1998 | 5 months | Granted reparole: sufficient rehabilitative conduct (Revocation order directed subsequent reparole to supervision with "approved plan" and imposed conditions: narcotics anonymous & surveillance B#4213; see also B#4214 (Certificate of Parole) | n/a Already released | No |
| 25 | [REDACTED] | Assault on Police Officer (Shooting), Robbery, Possession of PCP | 12/2/1983 | Noncriminal | 5/26/1994 | 11/8/1994 | 1/14/1998 | 44 months | Denied reparole: insufficient rehabilitative conduct (decision to impose second set off "based on subject's conduct" [repeated or extremely serious negative institutional behavior," "maintained clear conduct," B#4606, see also B#4654, to wit, escape from work release, B#4657, B#4658, see also B#4654 (Board Order) | Granted reparole: sufficient rehabilitative conduct ("programmed satisfactorily & maintained clear conduct," B#4601 (Board Order), B#4599 (Certificate of Parole) | No |
| 26 | [REDACTED] | Murder II | 11/10/1972 | Bail Reform Act, Carrying a Pistol Without a License, Attempted Possession of Heroin | 6/8/1988 | 5/2/1989 | 5/8/1989 | 11 months | Granted reparole: sufficient rehabilitative conduct (tested positive for opiates but in school and programmed, B#5467, B#5469, see also B#5476 (Board Order), B#5477 (Certificate of Parole) | n/a Already released | No |
| 27 | [REDACTED] | Murder II | 2/5/1969 | Noncriminal | 3/16/1992 | 4/15/1993 | 9/28/1993 | 18 months | Granted reparole: sufficient rehabilitative conduct ("successfully completed the substance abuse program," B#313635; see also B#313632 (Board Order), B#313630 (Certificate of Parole) | n/a Already released | No |
| 28 | [REDACTED] | Murder II | 2/5/1969 | Noncriminal | 10/25/1989 | 5/30/1990 | 7/19/1990 | 9 months | Granted reparole: sufficient rehabilitative conduct ("subject... has complied with all institutional programs since set-off," B#313679, see also B#313674 (Board Order), B#313672 (Certificate of Parole) | n/a Already released | No |

Chart of D.C. Board Adult Reparole Decisions Where Parolee Was Directed to Serve Time in Jail/Prison After Revocation

| Ref No. | Name | Conviction Charge | Conviction Date | Revocation Basis | Revocation Date | First Reparole Consideration Date | Release to Reparole Date | Time between revocation and release to reparole | Reason for Grant or Denial at First Reparole Consideration Date | If Not Released After First Reparole Consideration Date, Ultimate Reason for Grant of Reparole | Reparole after service of set-off contingent on Underlying Conviction/Revocation Conduct? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | [REDACTED] | Distribution of Drugs; Failure to Appear, Taking Property Without Right, Attempted Distribution Heron, Attempted Possession with Intent to Distribute Heron | 10/14/1986 7/15/1991 | Noncriminal | 4/23/1998 | 11/23/1998 | 2/23/1999 | 10 months | **Granted reparole: sufficient rehabilitative conduct** (suitable for placement in 90 day drug treatment program; BH313875, see also BH313872 (Board Order); BH313871 (Certificate of Parole)) | n/a  Already released | No |
| 30 | [REDACTED] | Assault with Intent to Kill While Armed; Armed Robbery | 7/13/1977 | Noncriminal | 6/1/1993 | 2/18/1994 | 4/13/1997 | 46 months (including almost 12 months on escape) | **Granted reparole: sufficient rehabilitative conduct** ("[Parolee] appears subject has fully complied with his recommended conduct (notes escape for almost 12 months, program and has been free of adverse action," B6306; see also but also "satisfactory institutional adjustment," BH6340 (Board Order). Subsequently rescinded because of BH6335, see also BH6330 (Board Order); escape, BH6349, 6340) BH6329(Certificate of Parole)) | n/a  Already released | No |
| 31 | [REDACTED] | Attempted Possession with Intent to Distribute Cocaine, Bail Reform Act | 5/26/1996 | Violation of Civil Protection Order, Destruction of Property | 2/26/1998 | 7/31/1998 | 6/4/1999 | 15 months | **Granted reparole: sufficient rehabilitative conduct** (has "not been a management problem & has served set off in a satisfactory manner", BH11407, see also BH11404 (Board Order); BH11387 (Certificate of Parole)) | n/a  Already released | No |
| 32 | [REDACTED] | Attempted Robbery (x 2); Possession with Intent to Distribute Cocaine | 10/11/1989 | Bail Reform Act & Noncriminal | 12/11/1995 | 8/7/1996 | 12/30/1996 | 12 months | **Granted reparole: sufficient rehabilitative conduct** ("He did n/a  Already released what he could to follow BCP [Board of Parole] S[pecial] instructions." BH6498, see also BH6493 (Board Order); BH6492 (Certificate of Parole)) | n/a  Already released | No |
| 33 | [REDACTED] | Robbery, Attempted Robbery | 1/12/1990 | Attempted Robbery, Drug Distribution & Use | 4/29/1996 | 2/14/1997 | 6/27/1997 | 14 months | **Denied reparole: insufficient rehabilitative conduct** ("There is no evidence subject complied with special instructions," BH12141, see also BH12135 (Board Order)) | **Conduct** (At reparole hearing conducted 2-25-97, subject's case was continued for participation in programs. Since [the] last hearing, subject has continued to program in a positive manner. Has completed 30 day] SAP, participated in group counseling and has maintained work detail." BH12179, see also BH12175 (Board Order); BH12172 (Certificate of Parole)) | No |
| 34 | [REDACTED] | Unlawful Distribution of Cocaine | 7/16/1986 | Distribution of Controlled Substance & Noncriminal | 5/12/1988 | 11/16/1988 | 1/4/1990 | 20 months | **Denied reparole: insufficient rehabilitative conduct** ("Major For lack of cooperation and threatening disciplinary report.   BH368298; "It is quite clear that [REDACTED] institutional profile is not indicative of one who is ready to accept the privilege of parole in a meaningful way." BH368299 Given another three month set-off to demonstrate "clear conduct record." Id., see also BH368295 (Board Order)) | **Granted reparole: sufficient rehabilitative conduct** (noting institution's report that [REDACTED] adjustment has been excellent." B368284, see also B368273 (Board Order), BH368275 (Certificate of Parole)) | No |
| 35 | [REDACTED] | Theft I, Distribution Heron | 12/20/1984 7/16/1990 | Possession of Heron & Noncriminal | 2/20/1998 | 5/19/1998 | 10/15/1998 | 8 months | **Granted reparole: sufficient rehabilitative conduct** ("found n/a  Already released acceptable for placement in 28 day residential treatment program," BH13000, see also BH12996 (Board Order); BH12991 (Certificate of Parole)) | n/a  Already released | No |

# Chart of D.C. Board Adult Reparole Decisions Where Parolee Was Directed to Serve Time in Jail/Prison After Revocation

| Ref No. | Name | Conviction Charge | Conviction Date | Revocation Basis | Revocation Date | First Reparole Consideration Date | Release to Reparole Date | Time between revocation and release to reparole | Reason for Grant or Denial at First Reparole Consideration Date | If Not Released After First Reparole Consideration Date, Ultimate Reason for Grant of Reparole | Reparole after service of set-off contingent on Underlying Conviction/Revocation Conduct? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | [REDACTED] | Theft I | 12/20/1984 | Noncriminal | 2/28/1990 | 9/11/1990 | 6/3/1991 | 15 months | **Denied reparole: insufficient rehabilitative conduct** (incurred new criminal conviction for distribution of heroin while on escape from service of set-off, BH12237; BH12247; see also BH12236 (Board Order)) | **Granted reparole: sufficient rehabilitative conduct** ('[REDACTED] has not been a management problem since his last appearance before the Board. He has remained free of DRs and positive urines.' BH13160 '[REDACTED] completed his institutionally assigned prog[ramming].' Id.; see also BH13167 (Board Order); BH13173 (Certificate of Parole)) | No |
| 37 | [REDACTED] | Grand Larceny | 6/9/1976 | Carrying a Pistol Without a License/ Grand Larceny & Noncriminal | 6/4/1979 | 1/10/1980 | 1/10/1980 | 7 months | **Granted reparole: sufficient rehabilitative conduct** ('Since that appearance [before the Board for revocation, [REDACTED] has been in the academic school and works in the metal furniture shop. The report from that facility is that he has been making satisfactory progress. [REDACTED] also states that he has been involved in the substance abuse program with Sister Barbara.' BH12540; see also BH12507 (Board Order); BH12505 (Certificate of Parole)) | n/a Already released | No |
| 38 | [REDACTED] | Armed Robbery | 3/16/1984 | Possession with Intent to Distribute Cocaine, Possession of Cocaine, Noncriminal | 4/16/1992 | 11/30/1992 | n/a Reparole process interrupted by new criminal conduct | n/a Reparole process interrupted by new criminal conduct | **Granted reparole: sufficient rehabilitative conduct** ('[REDACTED] appears to have made an adequate adjustment' during this period of incarceration.' BH13367 (Board Order). Subsequently rescinded because of underlying parolable conviction.) | n/a Reparole process interrupted by new criminal conduct, BH13401 (Board Document confirming aggregation of new conviction with escape, BH13380) | No |
| 39 | [REDACTED] | Armed Robbery Prison Breach | 3/16/1984 xx/xx/1993 | Attempted Possession of Cocaine | 8/10/1998 | 10/17/1998 | 4/30/1999 | 8 months | **Granted reparole: set-off served** (revocation order granted 'with approved plan.' BH31334; see also BH31474 (Commission document confirming release)) | n/a Already released | No |
| 40 | [REDACTED] | Distribution PCP, Attempted Distribution of Heroin | 11/12/1987 | Noncriminal | 3/11/1997 | 12/5/1997 | 2/10/1998 | 11 months | **Granted reparole: sufficient rehabilitative conduct** (noting parolee's 'repeated failures while under community supervision ... However, he has made a very good effort toward self-improvement during this set-off.' BH13469; see also BH13463 (Board Order), BH13458 (Certificate of Parole)) | n/a Already released | No |
| 41 | [REDACTED] | Distribution PCP, Attempted Distribution of Heroin | 11/12/1987 | Noncriminal | 11/3/1992 | 6/11/1993 | 11/15/1993 | 12 months | **Granted reparole: sufficient rehabilitative conduct** (one/n/a 'satisfactory' adjustment, BH13516; see also BH13511 (Board Order), BH13569 (Certificate of Parole)) | n/a Already released | No |
| 42 | [REDACTED] | Theft II/Attempted Burglary, Uniform Controlled Substance Act | 5/24/1988 | Simple Assaults/Bail Reform Act/ Shoplifting/ Noncriminal | 4/20/1990 | 2/18/1991 | n/a Reparole process interrupted by new criminal conduct | n/a Reparole process interrupted by new criminal conduct | **Denied reparole: insufficient rehabilitative conduct** ('Subject has received 2 DRs, removed from min[imum] security facility and removed from community care center, 'BH270487;' continued for FPO [further programming options].' BH270492; see also BH270475 (Board Order ordering parolee held to MR date)) | n/a Mandatory release, BH270475 (Board Order ordering parolee held to MR date) | No |
| 43 | [REDACTED] | Robbery | 2/16/1984 | Distribution Cocaine | 12/27/1989 | 4/26/1990 | 9/11/1990 | 9 months | **Granted reparole: set-off served** (ordered at time of revocation to attend NA & AA. BH14129-30; see also BH14120 (Board Document confirming release)) | n/a Already released | No |
| 44 | [REDACTED] | Murder II | 5/12/1972 | Arrested for Sodomy & Noncriminal | 6/21/1994 | 6/14/1996 | 11/14/1996 | 17 months | **Granted reparole: sufficient rehabilitative conduct** ('no/n/a documentation as to negative institutional behavior.' BH272785; see also BH272779 (Board Order), BH272777 (Certificate of Parole)) | n/a Already released | No |
| 45 | [REDACTED] | Murder II | 5/12/1972 | Noncriminal | 9/24/1990 | 12/11/1992 | 7/2/1993 | 33 months | **Granted reparole: sufficient rehabilitative conduct** ('Review/n/a record does not show any DRs.' BH272194; see also BH272182 (Board Order), BH272177 (Certificate of Parole)) | n/a Already released | No |

**Chart of D.C. Board Adult Reparole Decisions Where Parolee Was Directed to Serve Time in Jail/Prison After Revocation**

| Ref No. | Name | Conviction Charge | Conviction Date | Revocation Basis | Revocation Date | First Parole Consideration Date | Release to Reparole Date | Time between revocation and release to reparole | Reason for Grant or Denial at First Reparole Consideration Date | If Not Released After First Reparole Consideration Date, Ultimate Reason for Grant of Reparole | Reparole after service of set-off contingent on Underlying Conviction/Revocation Conduct? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | [REDACTED] | Murder II | 5/12/1972 | Simple Assault, Destruction of Property | 2/4/1981 | 7/23/1981 | 8/31/1981 | 7 months | **Granted reparole: sufficient rehabilitative conduct** ("He has/n/a been involved in all sorts of self-help programs . . . In addition to this he has been a vital fixture around the institution, dabbling in many and varied activities and in some respects making a nuisance of himself by badgering different officials about one concern or another. His overall adjustment, however, has been quite satisfactory. He has not been a management problem or behavior problem although he did receive two disciplinary reports . . . " B#271821; see also B#271836 (Board Order); B#271814 (Certificate of Parole) | n/a Already released | No |
| 47 | [REDACTED] | Murder II | 5/12/1972 | Possession of Cocaine, Simple Assault & Noncriminal | 3/16/1988 | 8/1/1988 | 1/13/1989 | 10 months | **Denied reparole: Insufficient rehabilitative conduct** (work release violation escape, B#271636, B#271641; see also (Certificate of Parole) B#271628 (Board Order) | **Granted reparole: set-off served** B#271626 | No |
| 48 | [REDACTED] | Armed Robbery Unauthorized Use of Vehicle/Driving While Impaired | 6/15/1984 | Possession Heroin & Noncriminal | 3/13/1993 | 11/4/1993 | 6/1/1994 | 15 months | **Granted reparole: sufficient rehabilitative conduct** ("fully/n/a involved in his assigned programs", "no DRs nor are there any positive urines submissions"; subject appears motivated to return to the community and be productive," B#50251; B#50245 (Board Order); B#50238 (Certificate of Parole) | n/a Already released | No |
| 49 | [REDACTED] | Possession with Intent to Distribute PCP; Unlawful Distribution PCP | 01/10/1986 04/2/1988 | Noncriminal | 1/24/1997 | 12/5/1997 | 2/11/1998 | 13 months | **Granted reparole: sufficient rehabilitative conduct** ("currently enrolled in 30-day substance abuse program", "maintaining detail as unit barber", B#14752; see also B#14748 (Board Order), B#14734 (Certificate of Parole) | n/a Already released | No |
| 50 | [REDACTED] | Possession with Intent to Distribute PCP; Unlawful Distribution PCP | 01/10/1986 04/2/1988 | Unlawful Distribution of Controlled Substance (PCP) & Noncriminal | 11/26/1991 | 2/18/1993 | n/a MR | n/a MR | **Denied reparole: Insufficient rehabilitative conduct** (tested/n/a Mandatory release, B#14802, B14811 positive 3x while on work release for cocaine, B#14804, (Board Orders) ordered held to MR date, B#14802, B14811 (Board Orders)) | n/a Already released | No |
| 51 | [REDACTED] | Attempted Distribution Heroin | 1/3/1992 | Possession with Intent to Distribute Heroin, Possession Heroin, Noncriminal | 4/29/1997 | 7/7/1997 | 9/10/1997 | 5 months | **Granted reparole: set-off served** (revocation order instructed/n/a Already released parolee to complete drug/violence program prior to release, B#188292, see also B#188276 (Certificate of Parole) | n/a Already released | No |
| 52 | [REDACTED] | Assault with Intent to Commit Robbery; Armed Robbery | 9/3/1981 | Arrest for Possession of Heroin & Noncriminal | 5/11/1995 | 1/9/1997 | 2/28/1997 | 22 months | **Granted reparole: sufficient rehabilitative conduct** ("completed 5 levels CCRP, 30 day drug program, and also maintained work detail" B#188828, see also B#188825 (Board Order), B#188823 (Certificate of Parole) | n/a Already released | No |
| 53 | [REDACTED] | Burglary II, Forgery, Uttering, False Pretenses | 4/29/1976 | Noncriminal | 4/23/1993 | 7/27/1993 | n/a Reparole process interrupted by new criminal conduct | n/a Reparole process interrupted by new criminal conduct | **Granted reparole: sufficient rehabilitative conduct** ("satisfactory adjustment," B#315978, see also B#315973 (criminal conduct, B#316030, B#316023 (Board Order). Subsequently rescinded because of escape, documents confirming aggregation) | n/a Reparole process interrupted by new criminal conduct | No |

# Chart of D.C. Board Adult Reparole Decisions Where Parole Was Directed to Serve Time in Jail/Prison After Revocation

| Ref No. | Name | Conviction Charge | Conviction Date | Revocation Basis | Revocation Date | First Reparole Consideration Date | Release to Reparole Date | Time between revocation and release to reparole | Reason for Grant or Denial at First Reparole Consideration Date | If Not Released After First Reparole Consideration Date, Ultimate Reason for Grant of Reparole | Reparole after service of set-off contingent on Underlying Conviction/Revocation Conduct? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 54 | [REDACTED] | Burglary II, Forgery, Uttering | 4/29/1976 | Noncriminal | 10/27/1982 | 1/5/1984 | 3/13/1985 | 29 months | **Granted reparole: sufficient rehabilitative conduct** (notes that subject found employment and that "lateness or curfew violations related to employment efforts," B#315934; see also B#315933 (Board Order); B#315942 (Certificate of Parole) | n/a Already released | No |
| 55 | [REDACTED] | Armed Robbery, Dangerous Drug Possession | 7/8/1982 | Robbery & Noncriminal | 11/4/1987 | 12/13/1988 | 12/21/1988 | 13 months | **Granted reparole: sufficient rehabilitative conduct** (subject... "is making some strides in basic education classes for slow learners"; "above average" performance in garment shop; attendance at NA meetings and only one "minor" DR. B#52238; see also B#52235 (Board Order); B#52236 (Certificate of Parole)) | n/a Already released | No |
| 56 | [REDACTED] | Armed Robbery, Dangerous Drug Possession, Possession With Intent to Distribute Marijuana | 7/8/82, 12/20/87, 7/31/90 | Possession With Intent to Distribute (marijuana), Attempted Possession of Marijuana & Noncriminal | 4/23/1993 | 10/29/1993 | 2/14/1996 | 34 months | **Denied reparole: insufficient rehabilitative conduct** ("subject does not appear to have done anything to demonstrate his readiness for parole release"; "he has done nothing to address his drug problem or employability," B#52039, (Board Order); see also B#52058 (Board Order)) | **Granted reparole: sufficient rehabilitative conduct** (completed 30 day drug treatment program, B#52032; see also B#52022 (Board Order); B#52024 (Certificate of Parole)) | No |
| 57 | [REDACTED] | Burglary I, Theft I, Unauthorized Use of a Vehicle, Bail Reform Act | 1/9/1984 | Theft II; Noncriminal | 7/22/1997 | 12/11/1997 | 1/21/1998 | 6 months | **Granted reparole: sufficient rehabilitative conduct** ("completed SAP and continues in NA meetings," B#15824, see also B#15821 (Board Order); B#15818 (Certificate of Parole)) | n/a Already released | No |
| 58 | [REDACTED] | Burglary I, Armed Robbery | 1/xx/1973 | Assault & Noncriminal | 6/4/1975 | 6/3/1976 | 7/1/1976 | 13 months | **Granted reparole: sufficient rehabilitative conduct** (subject was in protective custody "because of fear of [other] residents," B#16819, no programming but "not considered a management problem"; also notes that "the charge that led to his reincarceration was subsequently dismissed" and may have been the product of extenuating circumstances in any event – "it appeared that the change centered around the protection of his children from another individual ..." B#16817, see also B#16816 (Board Order), B#16813 (Certificate of Parole)) | n/a Already released | No |
| 59 | [REDACTED] | Burglary I, Armed Robbery | 1/xx/1973 | Armed Rape and Armed Robbery | 12/1/1979 | 12/18/1980 | 12/18/1980 | 12 months | **Granted reparole: set-off served,** B#16755, see also B#16762 (Board Order), B#16762 (Certificate of Parole) | n/a Already released | No |
| 60 | [REDACTED] | Burglary I, Robbery, Armed Robbery | 4/12/1983 | Noncriminal | 4/10/1992 | 6/13/1992 | 9/3/1992 | 5 months | **Granted reparole: set-off served** (Revocation order granted via reparole o/a 6/13/1992, B#189296; see also B#189292 (Certificate of Parole)) | n/a Already released | No |
| 61 | [REDACTED] | Burglary II, Robbery, Armed Robbery | 4/12/1983 | Armed Robbery With a Gun | 7/19/1994 | 5/5/1995 | 7/14/1995 | 12 months | **Granted reparole: sufficient rehabilitative conduct** ("Subject... on an 8 month revocation set-off.... With special instructions to program, no DRs and drug abstinence... There are no DRs or positive urines. He worked detail in the culinary unit." B#189210; see also B#189158 (Board Order); B#189202 (Certificate of Parole)) | n/a Already released | No |

Chart of D.C. Board Adult Reparole Decisions Where Parolee Was Directed to Serve Time in Jail/Prison After Revocation

| Ref No. | Name | Conviction Charge | Conviction Date | Revocation Basis | Revocation Date | First Reparole Consideration Date | Release to Reparole Date | Time between revocation and release to reparole | Reason for Grant or Denial at First Reparole Consideration Date | If Not Released After First Reparole Consideration Date, Ultimate Reason for Grant of Reparole | Reparole after service of set-off contingent on Underlying Conviction/Revocation Conduct? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 62 | [REDACTED] | Armed Robbery, Assault With a Dangerous Weapon, Carrying Dangerous Weapon | 6/15/1970 | Noncriminal | 12/23/1985 | 7/16/1986 | 3/10/1988 | 27 months | **Denied reparole: insufficient rehabilitative conduct** ("involved himself with an altercation with a correctional officer and assaulted the officer." case continued for outcome of FBI investigation, BA017892; see also BA017891 (Board Order)) | **Granted reparole: sufficient rehabilitative conduct** (Subject "states that he . . . knows that the punishment was just and, therefore, actually he shouldn't be punished again. This Board member understand what [subject] was trying to convey. The only concern to the Board should be that fact that [subject] apparently seems to be a recidivist that continues to create problems either in jail or in the community that result in his being returned or being set-off for a period of time. However, [subject] has had some positive program achievement. He is currently in advanced classes at the academic school, he is taking math and art classes, he completed the three-day DAAP seminar, and has been on detail for several weeks. Also, he has prepared himself for job application preparation and interviews by taking the ETAP program." 3 DRs, "only one of those is serious" BA017897-017898; see also BA017896 (Board Order); BA017885 (Certificate of Parole)) | No |
| 63 | [REDACTED] | Armed Robbery, Assault With a Dangerous Weapon, Carrying Dangerous Weapon | 6/15/1970 | Distribution Cocaine | 12/20/1988 | 9/19/1989 | 2/14/1990 | 14 months | **Granted reparole: sufficient rehabilitative conduct** ("[Subject] completed DATP; assigned to brick laying sq[uad], learning 'trade'" "Wants to try to recognize his life," BA017841; see also BA17836(Board Order); BA17834 (Certificate of Parole)) | n/a. Already released | No |
| 64 | [REDACTED] | Armed Robbery, Assault With a Dangerous Weapon, Carrying Dangerous Weapon | 6/15/1970 | Noncriminal | 6/24/1991 | 11/19/1992 | 11/29/1992 | 17 months | **Granted reparole: sufficient rehabilitative conduct** ("[subject] reports that he has learned his lesson and realizes the negative impact of drugs on his life," BA17780; see also BA17775 (Board Order); BA17773 (Certificate of Parole)) | n/a. Already released | No |
| 65 | [REDACTED] | Manslaughter, Possession PCP, Possession Cannabis | 1/12/1988 1/14/1988 | Noncriminal | 2/28/1995 | 6/6/1995 | 4/1/1996 | 14 months | **Granted reparole: sufficient rehabilitative conduct** ("attending NA, in school working towards his GED, maintains a work detail." "has no DRs or adverse actions," BA008097, "has followed his recommended program," BA008099; see also BA008094 (Board Order); BA008116 (Certificate of Parole)) | n/a. Already released | No |
| 66 | [REDACTED] | Possession with Intent to Distribute Heroin | 4/10/1985 | Possession Heroin, Noncriminal | 2/17/1987 | 6/11/1987 | n/a. Mandatory release | n/a. Mandatory release | **Denied reparole: Insufficient rehabilitative conduct** ("has not done anything of a positive nature to bring about any change in his life," "has only attended, approximately, 4 [NA] meetings," "has not been involved in any programs," "disciplinary report for disrespect," "offers no excuse for his non participation in programs," "has been content to sit and let time pass" BA190334, see also BA190334 (Board Order)) | n/a. Mandatory release, BA190334 (Board document confirming mandatory release) | No |

**Chart of D.C. Board Adult Reparole Decisions Where Parolee Was Directed to Serve Time in Jail/Prison After Revocation**

| Ref No. | Name | Conviction Charge | Conviction Date | Revocation Basis | Revocation Date | First Set Reparole Consideration Date | Release to Reparole Date | Time between revocation and release to reparole | Reason for Grant or Denial at First Reparole Consideration Date | If Not Released After First Reparole Consideration Date, Ultimate Reason for Grant of Reparole | Reparole after service of set-off contingent on Underlying Conviction/Revocation Conduct? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | [REDACTED] | Robbery/False Pretenses, Uttering, Forgery | 6/22/1978 | Possession Heron, Noncriminal | 9/13/1988 | 10/5/1989 | 4/16/1990 | 19 months | **Granted reparole: sufficient rehabilitative conduct** (positive/via institutional behavior/adjustment; "completed DAATP, academic school program" B#273527; "has complied with recommended programs" "good progress" at halfway house; "no dirty urines, no DRs" B#273520; "has employment, no positive urines or disciplinary infractions" B#273553, see also B#273534 (Board Order); B#273522 (Certificate of Parole) | n/a Already released | No |
| 68 | [REDACTED] | Burglary II, Attempted Burglary II, Theft I, Destruction of Property | 11/12/1987, 12/9/1987, 12/10/1987 | Theft | 1/3/1995 | 6/9/1995 | 8/19/1996 | 19 months | **Denied reparole: insufficient rehabilitative conduct** ("tested positive for opiates and cocaine" on multiple dates" "needs to address his substance abuse problem prior to community release" B#008787, see also B#008789 (Board Order) | **Granted reparole: sufficient rehabilitative conduct** ("did complete the 110 day addiction behavior" program; "maintains work detail," "NA ongoing," "complete[d] ETAP," "has no DRs" B#008793; "has made a good effort towards self-improvement" B#008796, see also B#008800 (Board Order); B#008801 (Certificate of Parole) | No |
| 69 | [REDACTED] | Burglary II, Grand Larceny | 7/19/1984 | Noncriminal, Arrest for Burglary I | 11/8/1988 | 10/6/1989 | 7/31/1991 | 33 months | **Granted reparole: sufficient rehabilitative conduct** ("Subject's adjustment during set-off has been good. He programmed in DAATP, NA and detail in Housing Unit" B#274176 (Board Order - Subsequently rescinded because of escape); see also B#274137 (Board Order) | **Granted reparole: sufficient rehabilitative conduct** ("Since last hearing, Subject completed GED while in community. He attends NA meetings, and also remains free of DRs. No positive urines. Subject enrolled in DAATP but was not admitted because of long waiting list" B#274104. "Subject has complied with instructions of the Board" B#274105, see also B#274096 (Board Order); B#274099 (Certificate of Parole) | No |
| 70 | [REDACTED] | Robbery x 3 | 5/31/1984 | Assault with a Dangerous Weapon, Felony Threats, Noncriminal | 6/21/1993 | 8/9/1994 | 9/27/1994 | 15 months | **Granted reparole: sufficient rehabilitative conduct** ("completed 30 day substance abuse" program, "enrolled in GED classes," work detail, "no DRs" B#191432; "has worked very hard" "grateful for the incarceration, especially b/c he'd never have gotten his GED on the outside" B#191434, see also B#191429 (Board Order); B#191427 (Certificate of Parole) | n/a Already released | No |
| 71 | [REDACTED] | Armed with a Dangerous Weapon, Mayhem, Carrying a Pistol Without a License | 1/16/1985 | Noncriminal | 12/15/1994 | 4/26/1995 | 10/24/1995 | 10 months | **Granted reparole: sufficient rehabilitative conduct** ("30 day/via SAP; NA; detail" B#053745; "he was able to get involved in some programs," "he attends NA and is DR free" B#053747, see also B#053741 (Board Order); B#05737 (Certificate of Parole) | n/a Already released | No |
| 72 | [REDACTED] | Armed Robbery, Attempted Robbery, Carrying a Pistol Without a License | 8/19/1977 | Noncriminal | 8/6/1997 | 9/30/1997 | 3/26/1998 | 8 months | **Granted reparole: set-off served** (Revocation order imposed instructions/conditions: "narcotics anonymous, narcotics surveillance, refer/addiction re: eval, inpatient drug program-HIDTA", B#192169 (Board Order); B#192187 (Certificate of Parole) | n/a Already released | No |
| 73 | [REDACTED] | Burglary II, Petty Larceny, Uttering | 3/25/1979, 4/18/1979 | Simple Assault, Noncriminal | 8/4/1998 | 9/22/1998 | 10/30/1998 | 3 months | **Granted reparole: set-off served** (Revocation order/via recommended work release, B#018918, see also B#018911 (Board Order), B#018905 (Certificate of Parole) | n/a Already released | No |
| 74 | [REDACTED] | Burglary II, Petty Larceny, Uttering | 3/25/1979, 4/18/1979 | Prison Breach | 6/30/1995 | 2/14/1997 | 6/9/1997 | 24 months | **Granted reparole: sufficient rehabilitative conduct** ("30 day/via SAP; NA; 12 week certificate, culinary detail," no DRs B#018974, "he has complied" with special instructions, "adjustment is considered excellent," B#018976, see also B#018971 (Board Order); B#018968 (Certificate of Parole) | n/a Already released | No |

# Chart of D.C. Board Adult Reparole Decisions Where Parolee Was Directed to Serve Time in Jail/Prison After Revocation

| Ref No. | Name | Conviction Charge | Conviction Date | Revocation Basis | Revocation Date | First Reparole Consideration Date | Release to Reparole Date | Time between revocation and release to reparole | Reason for Grant or Denial at First Reparole Consideration Date | If Not Released After First Reparole Consideration Date, Ultimate Reason for Grant of Reparole | Reparole after service of set-off contingent on Underlying Conviction/Revocation Conduct? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | [REDACTED] | Attempted Robbery, Possession with Intent to Distribute Heron, Prison Breach | 9/18/1986 9/22/1986 8/23/1988 | Attempted Distribution Cocaine, Noncriminal | 12/4/1991 | 4/2/1992 | 4/13/1992 | 4 months | **Granted reparole: sufficient rehabilitative conduct** ("DAATP, NA, detail," "Subject has completed the assigned program, receives excellent reports from his work supervisor & is w/out DRs or positive urines" BH019548, see also BH019545 (Board Order); BH019543 (Certificate of Parole) | n/a  Already released | No |
| 76 | [REDACTED] | Attempted Robbery, Possession with Intent to Distribute Heron, Prison Breach | 9/18/1986 9/22/1986 8/23/1988 | Noncriminal | 9/26/1996 | 3/20/1997 | 6/9/1997 | 9 months | **Granted reparole: sufficient rehabilitative conduct** ("30 day SAP, attends NA meetings; dorm detail," no DRs, BH019470; "During this set-off subject has completed programs and is not a management problem," BH019472; see also BH019467 (Board Order); BH019462 (Certificate of Parole) | n/a  Already released | No |
| 77 | [REDACTED] | Attempted Robbery, Possession with Intent to Distribute Heron, Prison Breach | 9/18/1986 9/22/1986 8/23/1988 | Attempted Distribution Cocaine, Noncriminal | 12/4/1991 | 4/2/1992 | 4/13/1992 | 4 months | **Granted reparole: sufficient rehabilitative conduct** ("DAATP, NA, detail," "Subject has completed the assigned program, receives excellent reports from his work supervisor & is w/out DRs or positive urines" BH019548, see also BH019545 (Board Order); BH019543 (Certificate of Parole) | n/a  Already released | No |
| 78 | [REDACTED] | Drug Distribution & Possession | 5/6/1981 6/12/1981 | Possession Heron | 4/25/1995 | 3/14/1996 | 5/15/1996 | 13 months | **Granted reparole: sufficient rehabilitative conduct** ("30 day SAP, B week NA, clerical duties," "volunteer dorm detail," no DRs, BH020560, "has not been a management problem & maintains a detail," BH020952; see also BH020957 (Board Order); BH020946 (Certificate of Parole) | n/a  Already released | No |
| 79 | [REDACTED] | Drug Distribution & Possession | 5/6/1981 6/12/1981 | Distribution of Cocaine | 2/3/1988 | 8/2/1988 | 8/23/1988 | 7 months | **Granted reparole: set-off served** (granted reparole despite the fact that "he did not put forth a real effort in terms of completing his assigned programs" and overall "handed not to do all of what was expected of him" BH021122; see also BH021120 (Board Order); BH021118 (Certificate of Parole) | n/a  Already released | No |
| 80 | [REDACTED] | Drug Distribution & Possession | 5/6/1981 6/12/1981 | Possession Heron | 4/16/1997 | 7/31/1998 | 6/11/1999 | 26 months | **Granted reparole: sufficient rehabilitative conduct** ("APRA" assessment has found subject acceptable for a 28 day inpatient drug treatment program" BH020687; see also BH020684 (Board Order); BH020682 (Certificate of Parole) | n/a  Already released | No |
| 81 | [REDACTED] | Burglary II, Armed Robbery, Assault, Destruction of Property | 7/10/1985 | Noncriminal | 8/19/1993 | 12/21/1994 | 1/21/1997 | 41 months | **Denied reparole: Insufficient rehabilitative conduct** ("adjustment was poor," "cited for alcohol use," "other numerous violations," "Instructed to attend AA meetings daily, Action Squad;" "has no DRs or adverse actions" BH192960; "done well during set-off," "followed but failed to do so," "provoked an argument with another inmate which escalated into a fist fight" BH193040; see also the BOP special instructions" BH192962; see also BH192957 (Board Order); BH193038 (Board Order) | n/a  Already released | No |
| 82 | [REDACTED] | Armed Robbery, Robbery, Assault with a Dangerous Weapon (x2), | 10/20/1972 | Noncriminal | 3/5/1991 | 9/30/1991 | 12/13/1991 | 14 months | **Granted reparole: sufficient rehabilitative conduct** (positive institutional behavior/adjustment, "completed DAATP" BH021714, "has a detail and has had an opportunity to reflect on his misdeed" BH021716; see also BH021707 (Board Order); BH021705 (Certificate of Parole) | n/a  Already released | No |

# Chart of D.C. Board Adult Reparole Decisions Where Parole Was Directed to Serve Time in Jail/Prison After Revocation

| Ref No. | Name | Conviction Charge | Conviction Date | Revocation Basis | Revocation Date | First Reparole Consideration Date | Release to Reparole Date | Time between revocation and release to reparole | Reason for Grant or Denial at First Reparole Consideration Date | If Not Released After First Reparole Consideration Date, Ultimate Reason for Grant of Reparole | Reparole after service of set-off contingent on Underlying Conviction/Revocation Conduct? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 83 | [REDACTED] | Burglary I; Bail Reform Act | 11/15/1993 | Noncriminal | 5/28/1997 | 3/13/1998 | 9/14/1998 | 15 months | **Granted reparole: sufficient rehabilitative conduct** ("completed SAP . . . 12 weeks NA, he also completed CCRP"; "not been charged with any DRs, BM056815, completed "drug counseling ordered by the Board," "has maintained clear conduct," "followed the BOP special instructions and has been free of adverse actions" BM056817, see also BM056811 (Board Order), BM056807 (Certificate of Parole)) | n/a  Already released | No |
| 84 | [REDACTED] | Attempted Robbery, Petty Larceny, Attempted Possession with Intent to Distribute Cocaine | 5/4/1981; 7/xx/1990 | Attempted Possession with Intent to Distribute Cocaine | 2/12/1996 | 10/9/1997 | 11/17/1997 | 21 months | **Granted reparole: set-off served** ("A parole plan has been received indicating that subject can live with his Uncle" BM057862, see also BM057859 (Board Order); BM057853 (Certificate of Parole)) | n/a  Already released | No |
| 85 | [REDACTED] | Malicious Disfigurement While Armed | 10/24/1984 | Noncriminal | 12/24/1990 | 3/29/1994 | 12/23/1996 | 72 months | **Denied reparole: insufficient rehabilitative conduct** ("on escape status" for "a total of 632 days," "one positive urinalysis for opiates" BH193725, see also BH193721 (Board Order)) | **Granted reparole: sufficient rehabilitative conduct** ("report states she has complied with Classification's recommendations," "completed 30 day SAP," "CCRP", she has been drug free for one year," "she has complied with BOP requirements" BH193688, "psychological counseling," "no new DRs" BH193686, see also BH193683 (Board Order); BH193679 (Certificate of Parole)) | No |
| 86 | [REDACTED] | Armed Robbery, Attempted Robbery | 6/4/1973 | Noncriminal | 10/31/1990 | 4/19/1991 | 4/22/1991 | 5 months | **Granted reparole: set-off served** (Revocation order imposed instruction/condition. "narcotics surveillance" BH058952 (Board Order), BH058947 (Board Document)) | n/a Already released | No |
| 87 | [REDACTED] | Burglary II (x 2), Larceny | 12/25/1974; 8/21/1979 | Noncriminal, Drugs | 7/18/1985 | 8/7/1986 | 8/7/1989 | 49 months | **Denied reparole: insufficient rehabilitative conduct** ("very poor adjustment," "returned dirty urine . . . Positive with opiates and cocaine," "found to have had a bottle of liquid in his belongings, which he later admitted was urine, presumably which he hoped to use to substitute for his own urine when he was required to give a urine sample," "clear that [subject] has not made up his mind to stay away from drugs" BH190005, see also BH195007 (Board Order)) | **Granted reparole: sufficient rehabilitative conduct** ("Good adjustment at Complex," BH194900 (Board Order); see also BH194902 (Certificate of Parole)) | No |
| 88 | [REDACTED] | Attempted Distribution of Marijuana & PCP, Attempted Possession with Intent to Distribute Heroin, Attempted Possession Cocaine | 9/11/1987; 10/21/1993 | Noncriminal | 4/15/1997 | 5/5/1998 | 6/22/1998 | 14 months | **Granted reparole: sufficient rehabilitative conduct** ("NA & AA meetings, work detail" BK321174, HIV full blown AIDS, "he realizes this may be his last chance & doesn't want to die in the institution" BK321177, see also BK321171 (Board Order); BK321168 (Certificate of Parole)) | n/a  Already released | No |

**Chart of D.C. Board Adult Reparole Decisions Where Parolee Was Directed to Serve Time in Jail/Prison After Revocation**

| Ref No. | Name | Conviction Charge | Conviction Date | Revocation Basis | Revocation Date | First Reparole Consideration Date | Release to Reparole Date | Time between revocation and release to reparole | Reason for Grant or Denial at First Reparole Consideration Date | If Not Released After First Reparole Consideration Date, Ultimate Reason for Grant of Reparole | Reparole after service of set-off contingent on Underlying Conviction/Revocation Conduct? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 89 | [REDACTED] | Assault with Intent to Kill, Attempted Distribution of Cocaine | 1/13/1983 | Possession with Intent to Distribute Cocaine, Noncriminal | 2/3/1994 | 12/8/1994 | 3/19/1996 | 26 months | **Denied reparole: insufficient rehabilitative conduct** (alcohol violation, curfew violation, is in need of alcohol treatment, BH059406; see also BH059403 (Board Order)) | **Granted reparole: sufficient rehabilitative conduct** ("attends NA meetings; completed 30 day SAP"; "has adhered to the Board's special instructions. He has no new DRs nor positive urines. He attends AA/NA meetings"; "wants to turn life around" BH059397; see also BH059392 (Board Order); BH059390 (Certificate of Parole)) | No |
| 90 | [REDACTED] | Assault with Intent to Kill | 1/13/1983 | Possession of Cocaine, Noncriminal | 9/12/1990 | 8/15/1991 | 8/26/1991 | 12 months | **Granted reparole: sufficient rehabilitative conduct** ("no/a DRs; overall good institutional adjustment; regular attendance in UDC college program; productive work detail in garment shop, weekly attendance in NA meetings" BH059538; "completed with the recommended program taking advantage of the resources available to him"; "has not been a problem" BH059538; see also BH059533 (Board Order), BH059631 (Certificate of Parole)) | n/a Already released | No |
| 91 | [REDACTED] | Assault with Intent to Commit Rape | 7/12/1972 | Distribution of Cocaine | 12/8/1982 | 2/2/1984 | 4/2/1984 | 16 months | **Granted reparole: sufficient rehabilitative conduct** ("described as being an excellent employee in the auto body shop"; "involved in the Stepping Stones program" BH196214; "has fulfilled the requirements of the revocation time" BH196215; see also BH196213 (Board Order); BH196211 (Certificate of Parole)) | n/a Already released | No |
| 92 | [REDACTED] | Assault with Intent to Commit Rape | 7/12/1972 | Noncriminal | 5/20/1997 | 12/4/1997 | 2/13/1998 | 9 months | **Granted reparole: sufficient rehabilitative conduct** ("SAG and attended NA meetings. Satisfactory Performance Housing Unit/Sanitation Squad, completed Life Skills" no DRs. BH195958; "he has not been an adjustment problem during this last period" BH195960; see also BH195955 (Board Order), BH195953 (Certificate of Parole)) | n/a Already released | No |
| 93 | [REDACTED] | Assault with Intent to Commit Rape | 7/12/1972 | Noncriminal | 4/17/1990 | 12/21/1990 | 9/23/1994 | 53 months | **Denied reparole: insufficient rehabilitative conduct** ("poor Center adjustment; two positive urines, failure to pay fees" BH196047; "admits using drugs while at EFEC" BH196050, see also BH196045 (Board Order)) | **Granted reparole: sufficient rehabilitative conduct** ("Subject has completed his GED; maintained work detail in culinary unit, participated in academic school and counseling." no DRs. BH196044; see also BH196001 (Board Order); BH195999 (Certificate of Parole)) | No |
| 94 | [REDACTED] | Armed Robbery | 7/11/1984 | Noncriminal | 6/21/1996 | 11/1/1996 | 3/14/1997 | 9 months | **Granted reparole: sufficient rehabilitative conduct** ("has programmed since his revocation hearing. He completed two levels of CORP, enrolled in ADEP, and maintained work detail" BH024157; see also BH024154 (Board Order); BH024152 (Certificate of Parole)) | n/a Already released | No |
| 95 | [REDACTED] | Armed Robbery | 7/11/1984 | Noncriminal | 10/8/1993 | 3/17/1994 | 7/1/1994 | 9 months | **Granted reparole: sufficient rehabilitative conduct** ("completed SAAP 30 day drug program"; "has no DRs or adverse actions" BH024208; "appears to have made a positive adjustment during set off" BH024210, see also BH024205 (Board Order), BH024199 (Certificate of Parole)) | n/a Already released | No |
| 96 | [REDACTED] | Armed Robbery, Assault With a Dangerous Weapon, Uniform Controlled Substance Act | 10/18/1984 | Drug Distribution, Possession, & Use, & Failure to Appear | 4/26/1991 | 6/18/1991 | 7/30/1991 | 3 months | **Granted reparole: set-off served.** BH322523 (Board Order), BH322517 (Certificate of Parole) | n/a Already released | No |

# Chart of D.C. Board Adult Reparole Decisions Where Parolee Was Directed to Serve Time in Jail/Prison After Revocation

| Ref No. | Name | Conviction Charge | Conviction Date | Revocation Basis | Revocation Date | First Parole Consideration Date | Release to Reparole Date | Time between revocation and release to reparole | Reason for Grant or Denial at First Reparole Consideration Date | If Not Released After First Reparole Consideration Date, Ultimate Reason for Grant of Reparole | Reparole after service of set-off contingent on Underlying Conviction/Revocation Conduct? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 97 | [REDACTED] | Armed Robbery, Assault with a Dangerous Weapon, Uniform Controlled Substance Act | 10/18/1984 | Drug Distribution, Possession, & Use, & Failure to Appear | 4/26/1991 | 6/18/1991 | 7/30/1991 | 3 months | **Granted reparole: set-off served.** BK322523 (Board Order); BK322517 (Certificate of Parole) | n/a Already released | No |
| 98 | [REDACTED] | Robbery, Assault with a Dangerous Weapon, Possession with intent to Distribute Marijuana | 10/18/1984 | Possession with Intent to Distribute Heroin | 6/9/1992 | 5/25/1994 | 9/11/1997 | 63 months | **Denied reparole: Insufficient rehabilitative conduct** ("He used drugs and tested positive for cocaine...subject [should be] denied because of the drug use but reconsidered in 6 months." BK322454, see also BK322460 (Board Order)) | **Granted reparole: sufficient rehabilitative conduct** ("Since that time [first parole reconsideration date], subject has continually improved in all areas demonstrating his sincerity to change. Subject also has to his credit placement pending in a residential aftercare based on progress." BK322441, see also BK322432 (Board Order), BK322090 (Certificate of Parole)) | No |
| 99 | [REDACTED] | Distribution Cocaine | 2/9/1987 | Possession with Intent to Distribute Cocaine, Noncriminal | 6/6/1990 | 11/6/1990 | 1/2/1991 | 6 months | **Granted reparole: sufficient rehabilitative conduct** ("subject has completed his assigned programs." B464425, see also B464449 (Board Order); B464463 (Certificate of Parole)) | n/a Already released | No |
| 100 | [REDACTED] | Burglary I While Armed | 7/19/1990 | Attempted Burglary II | 5/9/1997 | 3/24/1998 | 5/22/1998 | 12 months | **Granted reparole: sufficient rehabilitative conduct** ("he has completed NA and AA and has a good letter from Director of Institutions." B485047, see also B485042 (Board Order); B485039 (Certificate of Parole)) | n/a Already released | No |
| 101 | [REDACTED] | Distribution Heroin, Conspiracy | 7/25/1985 | Noncriminal | 10/24/1994 | 4/4/1995 | 7/19/1995 | 9 months | **Granted reparole: sufficient rehabilitative conduct** ("30 day program - and 3 years clean - demonstrate readiness for the community." B485245, see also B485235 (Board Order); B485229 (Certificate of Parole)) | n/a Already released | No |
| 102 | [REDACTED] | Distribution Heroin | 7/25/1985 | Noncriminal | 1/7/1998 | 5/19/1998 | 10/8/1998 | 11 months | **Granted reparole: sufficient rehabilitative conduct** (suitable for inpatient drug program. B#85178, see also B#85174 (Board Order); B#85169 (Certificate of Parole)) | n/a Already released | No |
| 103 | [REDACTED] | Armed Robbery, Robbery | 3/15/1978 | Noncriminal | 8/20/1997 | 10/10/1997 | 4/2/1998 | 8 months | **Granted reparole: sufficient rehabilitative conduct** ("acceptable for placement in a residential treatment program" B#86344, see also B#86341 (Board Order); B#86323 (Certificate of Parole)) | n/a Already released | No |
| 104 | [REDACTED] | Armed Robbery | 2/16/1971 | Taking Property Without Right, Noncriminal | 4/21/1988 | 2/2/1989 | 3/2/1989 | 11 months | **Granted reparole: sufficient rehabilitative conduct** ("completed 8 week DAATP, has not participated in any other programs. He does work on detail. No DRs." B#86982, see also B#86978 (Board Order); B#86977(Certificate of Parole)) | n/a Already released | No |
| 105 | [REDACTED] | Receipt of Stolen Property, Armed Robbery & Robbery | 5/23/1975, 1/31/1978 | Possession with Intent to Distribute Heroin, Possession Drug Paraphernalia | 2/8/1995 | 2/28/1996 | 1/16/1997 | 23 months | **Granted reparole: sufficient rehabilitative conduct** ("He has not been involved in programs and is not a management problem" B#87869, see also B#87864 (Board Order); B#87861 (Certificate of Parole)) | n/a Already released | No |
| 106 | [REDACTED] | Armed Robbery | 3/4/1976 | Noncriminal | 3/6/1989 | 12/1/1989 | 5/21/1990 | 14 months | **Granted reparole: sufficient rehabilitative conduct** ("subject has no DRs, no positive urines." B#88581, see also B#88576 (Board Order); B#88571 (Certificate of Parole)) | n/a Already released | No |

Page 14

# Chart of D.C. Board Adult Reparole Decisions Where Parole Was Directed to Serve Time in Jail/Prison After Revocation

| Ref No. | Name | Conviction Charge | Conviction Date | Revocation Basis | Revocation Date | First Reparole Consideration Date | Release to Reparole Date | Time between revocation and release to reparole | Reason for Grant or Denial at First Reparole Consideration Date | If Not Released After First Reparole Consideration Date, Ultimate Reason for Grant of Reparole | Reparole after service of set-off contingent on Underlying Conviction/Revocation Conduct? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 107 | [REDACTED] | Armed Robbery | 3/4/1976 | Noncriminal | 3/8/1995 | 2/6/1997 | 10/7/1997 | 31 months | **Granted reparole: sufficient rehabilitative conduct** ("his/she completed the 90 day SAP, attends school, has a [work] detail and not a management problem." B#88376, see also B#88334 (Board document confirming grant of reparole). B#88332 (Certificate of Parole) | n/a. Already released | No |
| 108 | [REDACTED] | Carrying a Pistol Without a License | 6/25/1975 | Burglary I | 9/4/1981 | 11/18/1982 | 5/18/1983 | 20 months | **Granted reparole: sufficient rehabilitative conduct** ("his/she adjustment since the last revocation hearing has been relatively positive." B#275630, see also B#275629 (Board Order); B#275626 (Certificate of Parole) | n/a. Already released | No |
| 109 | [REDACTED] | Possession with Intent to Distribute Cocaine | 6/28/1991 | Possession with Intent to Distribute Cocaine & PCP | 6/3/1996 | 4/8/1997 | 6/6/1997 | 12 months | **Granted reparole: sufficient rehabilitative conduct** ("subject/na has served last set-off period without incident. s/he has participated in several programs." B#89580, see also B#89574 (Board Order). B#89571 (Certificate of Parole) | n/a. Already released | No |
| 110 | [REDACTED] | Robbery | 11/6/1986 | Possession with Intent to Distribute Heroin x 2; Noncriminal | 6/23/1993 | 9/16/1993 | 5/22/1996 | 35 months | **Granted reparole: sufficient rehabilitative conduct** (suitable/na for inpatient drug treatment. B#276468, see also B#276465 (Board Order); B#276572 (Board document confirming release date) | n/a. Already released | No |
| 111 | [REDACTED] | Armed Robbery; Unauthorized Use of a Vehicle; Attempted Robbery | 4/24/1986 | Noncriminal | 2/5/1998 | 6/10/1998 | 2/25/1999 | 13 months | **Granted reparole: sufficient rehabilitative conduct** ("the/na institution has recommended a grant based on satisfactory institutional adjustment." B#26156, see also B#26151 (Board Order). B#26138 (Certificate of Parole) | n/a. Already released | No |
| 112 | [REDACTED] | Possession with Intent to Distribute Heroin | 12/11/1986 | Noncriminal | 3/9/1995 | 6/15/1995 | 7/20/1995 | 5 months | **Granted reparole: set-off served** (Revocation order imposed instructions/conditions: " narcotics surveillance, drug treatment-outpatient" B#276950 (Board Order); B#277035, (Certificate of Parole) | n/a. Already released | No |
| 113 | [REDACTED] | Possession with Intent to Distribute Heroin | 12/11/1986 | Noncriminal | 2/3/1998 | 3/15/1998 | 5/21/1998 | 3 months | **Granted reparole: set-off served** (Revocation order imposed instructions/conditions: "refer/intensive supervision]; narcotics anonymous, narcotics surveillance." B#028813, see also B#276909 (Board Order); B#276906 (Certificate of Parole) | n/a. Already released | No |
| 114 | [REDACTED] | Armed Robbery (x2) | 5/19/1977 11/2/1977 | Possession of Dangerous Substance & Noncriminal | 7/12/1990 | 3/1/1991 | n/a. Reparole process interrupted by new criminal conduct | n/a. Reparole process interrupted by new criminal conduct | **Denied reparole: Insufficient rehabilitative conduct** ("received DR" for possession of contraband." B#277680; (criminal conduct. B#27716 (Board Document [placed on escape" B#277682; see also B#277677 (Board Order) | n/a. Reparole process interrupted by new criminal conduct. B#27716 (Board Document confirming aggregation of new conviction with underlying parolable conviction) | No |
| 115 | [REDACTED] | Assault with Dangerous Weapon; Robbery Possession of Marijuana & Carrying a Pistol Without a License | 12/4/1985 | Noncriminal | 8/26/1997 | 2/4/1998 | 4/27/1998 | 8 months | **Granted reparole: sufficient rehabilitative conduct** ("120/na days NA program," "other programs not available. But he did participate in work squad," "no DRs" B#26811, "adjustment has been satisfactory" B#026813, see also B#026806 (Board Order). B#026806 (Certificate of Parole) | n/a. Already released | No |

Page 15

# Chart of D.C. Board Adult Reparole Decisions Where Parole Was Directed to Serve Time in Jail/Prison After Revocation

| Ref No. | Name | Conviction Charge | Conviction Date | Revocation Basis | Revocation Date | First Reparole Consideration Date | Release to Reparole Date | Time between revocation and release to reparole | Reason for Grant or Denial at First Reparole Consideration Date | If Not Released After First Reparole Consideration Date, Ultimate Reason for Grant of Reparole | Reparole after service of set-off contingent on Underlying Conviction/Revocation Conduct? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 116 | [REDACTED] | Assault with Dangerous Weapon, Robbery, Possession of Marijuana, Carrying a Pistol Without a License | 12/4/1985 | Noncriminal | 10/22/1996 | 11/1/1996 | 4/23/1997 | 6 months | **Granted reparole: set-off served** (Revocation order imposed instructions/conditions: "narcotics surveillance, outpatient drug program" BH026863 (Board Order); BH026851 (Certificate of Parole)) | n/a Already released | No |
| 117 | [REDACTED] | Distribution of Cocaine | 6/23/1989 | Distribution of Cocaine | 4/15/1997 | 9/24/1997 | 11/12/1997 | 9 months | **Granted reparole: sufficient rehabilitative conduct** ("Metro Shop Industries; subject repairs metro seats", no DRs, BH278123; "has maintained clean conduct since meeting the Board" BH278125, see also BH278120 (Board Order); BH278117 (Certificate of Parole)) | n/a Already released | No |
| 118 | [REDACTED] | Attempted Possession with Intent to Distribute | 5/5/1988 | Noncriminal | 6/10/1997 | 8/20/1997 | 11/5/1997 | 5 months | **Granted reparole: sufficient rehabilitative conduct** (no DRs, see also BH278379 (Board Order); BH278375 (Certificate of Parole)) | n/a Already released | No |
| 119 | [REDACTED] | Armed Robbery | 11/14/1980 | Noncriminal | 2/13/1998 | 5/5/1998 | 6/18/1998 | 4 months | **Granted reparole: sufficient rehabilitative conduct** ("Completed Narcotics Anonymous (90 day program), attending ABE & anger management, counseling," no DRs, BH027372, see also BH027369 (Board Order); BH27365 (Certificate of Parole)) | n/a Already released | No |
| 120 | [REDACTED] | Armed Robbery, Burglary II, Possession with Intent to Distribute Heroin | 3/4/1976, 9/16/1981, 1/30/1996 | Theft, Noncriminal | 9/19/1996 | 4/22/1997 | 10/30/1997 | 13 months | **Granted reparole: sufficient rehabilitative conduct** (no DRs, "subject has not programmed since last hearing" but "subject states that he is in [] jail overflow program at CTF and is not allowed to program" "subject would be a good candidate for APRA" BH280043, BH280045, see also BH280231 (Board Order); BH280140 (Certificate of Parole)) | n/a Already released | No |
| 121 | [REDACTED] | Armed with a Dangerous Weapon, Carrying a Pistol Without a License, Robbery | 10/8/1976, 5/15/1978 | Noncriminal | 10/10/1991 | 9/1/1993 | 10/15/1993 | 24 months | **Granted reparole: sufficient rehabilitative conduct** ("individual & group therapy," DAATP, art education, GED, ETAP," "completed the DAATP, and a more extensive phase of that program. He maintained a work detail as the unit barber and did not present himself as a management problem. Based on his overall program adjustment, the institution is recommending a grant of parole." BH092015, 092017, see also BH092006 (Board Order); BH093009 (Certificate of Parole)) | n/a Already released | No |
| 122 | [REDACTED] | Armed with a Dangerous Weapon, Carrying a Pistol Without a License, Robbery | 10/8/1976, 5/15/1978 | Noncriminal | 2/11/1998 | 7/29/1998 | 1/15/1999 | 11 months | **Granted reparole: sufficient rehabilitative conduct** ("During this set of period, subject has attempted to program, participated in SAP, Life Skills, and maintained work detail. He worked as a crew member of the audio visual crew and assistant barber in dorm. To his credit he has remained disciplinary free." "Subject has adhered to the Board's special instructions from his revocation hearing." BH091844, "He's done well." BH091847, see also BH091841 (Board Order); BH091837 (Certificate of Parole)) | n/a Already released | No |
| 123 | [REDACTED] | Burglary II, Theft I, Destruction of Property | 4/27/1987 | Attempted Burglary, Noncriminal | 12/22/1995 | 10/10/1996 | 2/4/1997 | 13 months | **Granted reparole: sufficient rehabilitative conduct** (no DRs, "SAP, ETAP, CCRP 1-4, detail; NA" B# 027889; see also BH027885 (Board Order); BH027882 (Certificate of Parole)) | n/a Already released | No |
| 124 | [REDACTED] | Distribution of a Controlled Substance | 2/2/1994 | Noncriminal | 5/16/1994 | 1/3/1995 | 2/5/1996 | 21 months | **Granted reparole: sufficient rehabilitative conduct** ("attendance of weekly NA meetings, participation in a culinary arts work detail; on waiting list for substance abuse program," no DRs, indicated in progress report. B# 349275, see also BH349276 (Board Order); BH349269 (Certificate of Parole)) | n/a Already released | No |

# Chart of D.C. Board Adult Reparole Decisions Where Parolee Was Directed to Serve Time in Jail/Prison After Revocation

| Ref No. | Name | Conviction Charge | Conviction Date | Revocation Basis | Revocation Date | First Reparole Consideration Date | Release to Reparole Date | Time between revocation and release to reparole | Reason for Grant or Denial at First Reparole Consideration Date | If Not Released After First Reparole Consideration Date, Ultimate Reason for Grant of Reparole | Reparation after service of set-off contingent on Underlying Conviction/Revocation Conduct? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 125 | [REDACTED] | Distribution of a Controlled Substance | 8/9/1983 | Noncriminal | 8/21/1986 | 2/4/1987 | 3/19/1987 | 7 months | **Granted reparole: sufficient rehabilitative conduct** ("completed the two day seminar DAAP program and had been ..." in the 8 week clinical phase of DAAP." "described as an excellent worker." "During this set-off period he has not incurred any disciplinary infractions." B# 062666, see also B#062668 (Board Order); B#062663 (Certificate of Parole) | n/a Already released | No |
| 126 | [REDACTED] | Murder II, Assault with Intent to Commit Armed Rape | 11/28/1984 | Taking Property Without Right, Noncriminal | 2/21/1992 | 2/23/1993 | 3/26/1993 | 13 months | **Granted reparole: sufficient rehabilitative conduct** ("progress report indicates that he has remained free of DRs, incident reports, and positive urines." "participated in Unfoldment Program." "completed ETAP, work detail" B#062617. "The Unfoldment Program has been of great assistance to the subject." B# 062619, B#062609 (Certificate of Parole) | n/a Already released | No |
| 127 | [REDACTED] | Murder II | 2/25/1972 | Possession with Intent to Distribute, Noncriminal | 5/12/1986 | 6/3/1987 | 1/20/1988 | 20 months | **Granted reparole: set-off served** (Revocation order imposed instruction/condition. "narcotics surveillance" B#093055 (Board Order), B#093069 (Board Document) | n/a Already released | No |
| 128 | [REDACTED] | Murder II | 2/25/1972 | Possession with Intent to Distribute | 6/9/1992 | 8/20/1992 | 1/12/1993 | 8 months | **Granted reparole: set-off served** (Revocation order imposed instruction/condition. "narcotics surveillance" B#093011 (Board Order); B#093006 (Certificate of Parole) | n/a Already released | No |
| 129 | [REDACTED] | Armed Robbery, Bail Reform Act, Prison Breach | 3/29/1983; 2/23/1989 | Theft II, Noncriminal | 8/22/1991 | 4/7/1992 | 4/13/1992 | 8 months | **Granted reparole: sufficient rehabilitative conduct** ("DAATP, dry wall, business typing, [] work detail." positive institutional behavior/adjustment." B#062946. "Subject has no adverse acts and has followed[] all recommended programs." "set-off has resulted in genuine achievements. B#062948, see also B#062943 (Board Order); B#062941 (Certificate of Parole) | n/a Already released | No |
| 130 | [REDACTED] | Armed Robbery, Robbery, Obstruction of Justice | 10/27/1978 | Assault with Intent to Commit Armed Robbery | 8/12/1996 | 6/5/1998 | 8/7/1998 | 24 months | **Granted reparole: sufficient rehabilitative conduct** (no DRs, "Subject is in protective custody ... Therefore, he is unable to participate in programs." B#094663. "he has not been a management or disciplinary problem. Staff is recommending parole." B#094665, see also B#094660 (Board Order); B#094655 (Certificate of Parole) | n/a Already released | No |
| 131 | [REDACTED] | Armed with a Dangerous Weapon, Robbery | 10/1/1982 | Noncriminal | 8/31/1987 | 12/1/1987 | 4/30/1990 | 33 months | **Denied reparole: insufficient rehabilitative conduct** ("gone on escape" and "positive urine for amphetamines." "not a good candidate for parole supervision at this time" B#095716, see also B#095732 (Board Order). | **Granted reparole: sufficient rehabilitative conduct** ("During the set-off period, Subject was housed at the Occoquan Facility where he was made a Satisfactory. He was referred to the Academic School and was attending the NA meetings. In addition to that, Subject secured a work detail in the Captain's office and received good work reports during the time he was at Occoquan. He did not suffer any disciplinary infractions nor did he submit any positive urines." B#095685; "he has not violated any of the rules and regulations since his return [from escape]." B#095696, see also B#095606 (Board Order); B#095657 (Certificate of Parole) | No |
| 132 | [REDACTED] | Distribution of a Controlled Substance | 5/26/1987 | Noncriminal | 9/20/1990 | 2/28/1991 | 9/4/1991 | 12 months | **Granted reparole: sufficient rehabilitative conduct** ("completed DAATP, attends NA. Had work detail in General Maintenance." positive institutional behavior/adjustment B#094485, see also B#094492 (Board Order); B#094474 (Board Document) | n/a Already released | No |

Chart of D.C. Board Adult Reparole Decisions Where Parole Was Directed to Serve Time in Jail/Prison After Revocation

| Ref No. | Name | Conviction Charge | Conviction Date | Revocation Basis | Revocation Date | First Reparole Consideration Date | Release to Reparole Date | Time between revocation and release to reparole | Reason for Grant or Denial at First Reparole Consideration Date | If Not Released After First Reparole Consideration Date, Ultimate Reason for Grant of Reparole | Reparole after service of set-off contingent on Underlying Conviction/Revocation Conduct? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 133 | [REDACTED] | Murder I, Carrying a Dangerous Weapon, Unauthorized Use of a Vehicle | 9/15/1970 | Assault with a Dangerous Weapon | 6/12/1987 | 2/11/1988 | 12/2/1988 | 18 months | **Granted reparole: sufficient rehabilitative conduct** (decision "[b]ased upon the institution's recommendation for re-parole and the institution's characterization of [REDACTED] infractions as of a trivial nature" BK283011; see also BK283012 (Board Order); BK283003 (Certificate of Parole)) | n/a. Already released | No |
| 134 | [REDACTED] | Murder I, Carrying a Dangerous Weapon, Unauthorized Use of a Vehicle | 9/15/1970 | Unauthorized Use of a Vehicle, Possession of Cocaine | 6/9/1995 | 2/6/1995 | 4/15/1996 | 10 months | **Granted reparole: set-off served** (Revocation order imposed instruction/condition: "narcotics surveillance" BK282919 (Board Order); see also BK282906 (Board Document)) | n/a. Already released | No |
| 135 | [REDACTED] | Distribution of Cocaine | 7/28/1989 | Noncriminal | 9/3/1997 | 1/30/1998 | 4/2/1998 | 7 months | **Granted reparole: sufficient rehabilitative conduct** ("found to be acceptable for placement in a 28 day residential treatment program / to be followed by at least one yr. of intensive after-care." BK324645, see also BK324641 (Board Order); BK324635 (Certificate of Parole)) | n/a. Already released | No |
| 136 | [REDACTED] | Attempted Robbery, Destruction of Property | 3/2/1983 | Noncriminal | 2/27/1986 | 7/24/1986 | n/a. Mandatory release | n/a. Mandatory release | **Granted reparole: sufficient rehabilitative conduct** (poor assessment of his activities, but "[REDACTED] "should be extended another opportunity to make a satisfactory parole adjustment" BK325500, 325501; see also BK325489 (Board Order). Subsequently rescinded because of "urine positive for cocaine" and "placed on escape" BK325495, see also BK325497 (Board Order)) | n/a. Mandatory release, Bk325496 (Board disputed this document confirming mandatory release) | Already released |
| 137 | [REDACTED] | Armed Robbery, Attempted Robbery | 11/16/1972 | Noncriminal | 12/19/1997 | 2/15/1998 | 3/12/1998 | 3 months | **Granted reparole: set-off served** (Revocation order imposed instructions/conditions: "narcotics anonymous, narcotics surveillance, outpatient drug program; outpatient mh program" BK283480 (Board Order); see also BK283478 (Certificate of Parole)) | n/a. Already released | No |
| 138 | [REDACTED] | Armed Robbery, Attempted Robbery | 11/16/1972 | Petty Larceny, Noncriminal | 12/12/1980 | 6/4/1981 | 6/30/1981 | 6 months | **Granted reparole: sufficient rehabilitative conduct** ("he performed his work duties (first labor then janitorial at the Academic school) satisfactorily, and he has maintained an infraction-free disciplinary record. As a result of his good behavior, his custody status was changed from close to medium." BK283734, see also BK283731 (Board Document); BK283732 (Certificate of Parole)) | n/a. Already released | No |
| 139 | [REDACTED] | Armed Robbery, Attempted Robbery | 11/16/1972 | Drug Violations | 1/18/1985 | 5/13/1985 | 8/10/1985 | 7 months | **Granted reparole: sufficient rehabilitative conduct** ("reparoled to inpatient drug program BK283661 (Board Order); see also BK283656 (Board Order); BK283645 (Board document confirming release date)) | n/a. Already released | No |
| 140 | [REDACTED] | Armed Robbery, Attempted Robbery | 11/16/1972 | Noncriminal | 6/15/1982 | 2/3/1983 | 3/3/1983 | 7 months | **Granted reparole: sufficient rehabilitative conduct** ("he is doing well as far as the institution is concerned" BK283704, see also BK283701 (Board Document); BK283702 (Certificate of Parole)) | n/a. Already released | No |
| 141 | [REDACTED] | Burglary II, Possession Controlled Substance | 3/25/1986 | Noncriminal | 12/6/1994 | 11/28/1995 | 2/6/1996 | 14 months | **Granted reparole: sufficient rehabilitative conduct** ("Since the last h[earin]g, subject has continued in NA and AA meetings as well as with detail in Housekeeping. He completed 1/3 of the anger management program - program discontinued prior to completion. Completed life-skills- 1/2 of it until it was discontinued" BK063443; see also BK063445 (Board Order); BK063438 (Certificate of Parole)) | n/a. Already released | No |

Chart of D.C. Board Adult Reparole Decisions Where Parolee Was Directed to Serve Time in Jail/Prison After Revocation

| Ref No. | Name | Conviction Charge | Conviction Date | Revocation Basis | Revocation Date | First Reparole Consideration Date | Release to Reparole Date | Time between revocation and release to reparole | Reason for Grant or Denial at First Reparole Consideration Date | If Not Released After First Reparole Consideration Date, Ultimate Reason for Grant of Reparole | Reparole after service of set-off contingent on Underlying Conviction/Revocation Conduct? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 142 | [REDACTED] | Burglary II, Assault with a Dangerous Weapon | 1/16/1982 | Carrying a Pistol Without a License | 4/5/1990 | 10/11/1991 | 1/27/1992 | 21 months | **Granted reparole: sufficient rehabilitative conduct** ("satisfactory adjustment;" "Subject is a student at a career center" BH028668; see also BH028667 (Board Order), BH028664 (Certificate of Parole) | n/a. Already released | No |
| 143 | [REDACTED] | Armed Robbery, Robbery | 4/5/1978 | Noncriminal | 6/30/1997 | 8/1/1997 | 12/2/1997 | 5 months | **Granted reparole: sufficient rehabilitative conduct** (released in inpatient drug treatment; BH098860; see also BH098865 (Board Order), BH098863 (Board Document) | n/a. Already released | No |
| 144 | [REDACTED] | Armed Robbery, Assault with a Dangerous Weapon, Carrying a Pistol Without a License | 3/8/1979 | Noncriminal | 7/18/1994 | 7/10/1995 | 8/2/1995 | 12 months | **Granted reparole: sufficient rehabilitative conduct** ("no institutional adjustment;" received high grades, has participated in vocational trade. Subject has no DRs, nor positive urines. Is on waiting list for drug treatment." BH326499; see also BH326495 (Board Order), BH326501 (Board Document) | n/a. Already released | No |
| 145 | [REDACTED] | Robbery | 12/3/1971 | Armed Robbery, Carrying a Pistol Without a License, Unregistered Firearm & Ammunition | 5/18/1984 | 5/23/1985 | 5/23/1985 | 12 months | **Granted reparole: set-off served** (BH099910 (Board Order), BH099906 (Certificate of Parole) | n/a. Already released | No |
| 146 | [REDACTED] | Armed Assault with Intent to Commit Robbery Grand Larceny, Burglary II, Breaking and Entering, Armed Burglary I | 8/8/1978 9/20/1979 7/20/1979 9/20/1979 10/25/1979 | Possession Heroin | 6/28/1988 | 12/1/1988 | 2/24/1989 | 8 months | **Granted reparole: sufficient rehabilitative conduct** ("re-enrolled into the University of the District of Columbia as well as was working in construction job" BH198702, 198703; see also BH198700 (Board Order), BH198658 (Certificate of Parole) | n/a. Already released | No |
| 147 | [REDACTED] | Armed Assault with Intent to Commit Robbery Grand Larceny, Burglary II, Breaking & Entering, Armed Burglary I | 8/8/1978 9/20/1978 7/20/1979 9/20/1979 10/25/1979 | Attempt to Distribute Cocaine | 6/4/1990 | 5/1/1991 | 10/21/1991 | 16 months | **Granted reparole: sufficient rehabilitative conduct** ("Subject/C has complied w/ Board Instructions imposed at time of revocation. Subject completed DAAP and attends U.D.C." BH198563; see also BH198559 (Board Order), BH198560 (Certificate of Parole) | n/a. Already released | No |
| 148 | [REDACTED] | Murder II While Armed, Carrying a Pistol Without a License, Carrying a Dangerous Weapon | 6/29/1983 | Driving While Impaired, Noncriminal | 5/22/1991 | 10/10/1991 | 1/16/1992 | 9 months | **Granted reparole: sufficient rehabilitative conduct** (positive institutional behavior/adjustment; "attends NA" BH028985, see also BH028981 (Board Order), BH028973 (Certificate of Parole) | n/a. Already released | No |

Page 19

# Chart of D.C. Board Adult Reparole Decisions Where Parolee Was Directed to Serve Time in Jail/Prison After Revocation

| Ref No. | Name | Conviction Charge | Conviction Date | Revocation Basis | Revocation Date | First Reparole Consideration Date | Release to Reparole Date | Time between revocation and release to reparole | Reason for Grant or Denial at First Reparole Consideration Date | If Not Released After First Reparole Consideration Date, Ultimate Reason for Grant of Reparole | Reparole after service of set-off contingent on Underlying Conviction/Revocation Conduct? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 149 | [REDACTED] | Distribution Controlled Substance | 4/12/1985 | Drugs, Noncriminal | 2/12/1993 | 7/6/1993 | 11/16/1993 | 9 months | **Granted reparole: sufficient rehabilitative conduct** (Subject released into inpatient drug program. BK349786, see also BK349774 (Board Order), BK349771 (Certificate of Parole) | n/a Already released | No |
| 150 | [REDACTED] | Armed Robbery | 8/20/1985 | Noncriminal | 11/16/1994 | 5/3/1995 | 10/24/1996 | 23 months | **Denied reparole: insufficient rehabilitative conduct** ("Continued to abuse cocaine" adjustment under parole supervision was described as by his parole officer as being "most unsatisfactory" BK327077, see also BK327073, (Board Order) | **Granted reparole: sufficient rehabilitative conduct** ("During service of this set-off, Subject has completed the 30 day SAP, attended NA meetings and maintained work detail in Officer's Barber shop. Subject did receive Class I/III DR for which he was penalized." BK327068, see also BK327063 (Board Order), BK327061 (Certificate of Parole) | No |
| 151 | [REDACTED] | Attempt to Distribute PCP, Unlawful Distribution PCP | 2/18/1988 2/26/1988 | Noncriminal, Battery | 11/7/1994 | 4/26/1996 | 8/5/1996 | 20 months | **Granted reparole: sufficient rehabilitative conduct** ("no new DRs." "Subject claims to have completed available program" "records indicate SAP" BH199201; "There is no reported program completion. However, there are no DRs." BH199203, see also BH199198 (Board Order), BH199192 (Certificate of Parole) | n/a Already released | No |
| 152 | [REDACTED] | Armed Robbery, Attempted Possession with Intent to Distribute Cocaine | 4/14/1986 10/2/1989 | Noncriminal | 9/7/1994 | 12/8/1995 | 3/12/1996 | 18 months | **Granted reparole: sufficient rehabilitative conduct** ("30 day ... SAP," "Dormitory detail, excellent progress reports." BK029145, "No new DRs or other infractions." "complied" with special instructions. BK029147, see also BK029890 (Board Document), BK029881 (Certificate of Parole) | n/a Already released | No |
| 153 | [REDACTED] | Armed Robbery, Attempt Possession with Intent to Distribute Cocaine | 4/14/1986 10/2/1989 | Noncriminal | 1/29/1997 | 6/24/1997 | 10/20/1997 | 9 months | **Granted reparole: sufficient rehabilitative conduct** ("Subject has maintained work detail. He is currently attending academic school." "During this set-off period, Subject has attempted to program." BK029844, see also BK029840 (Board Order), BK029806 (Certificate of Parole) | n/a Already released | No |
| 154 | [REDACTED] | Armed Robbery | 11/1/1977 | Noncriminal | 3/6/1989 | 1/18/1990 | 9/24/1990 | 19 months | **Granted reparole: sufficient rehabilitative conduct** ("institutional behavior/adjustment," "work detail, academic school," "no DRs, positive urines, nor a management problem." BH199933; see also BH199909 (Board Order), BH199906 (Certificate of Parole) | n/a Already released | No |
| 155 | [REDACTED] | Armed Robbery | 11/1/1977 | Noncriminal | 7/13/1994 | 6/23/1995 | 8/21/1997 | 37 months | **Granted reparole: sufficient rehabilitative conduct** ("Individual counseling given on an as needed basis," "Received outstanding squad reports for Housekeeping," BH199790; "The basis for a grant of reparole is based on ... positive adjustment and program involvement." BH199787 (Board Order) | **Granted reparole: sufficient rehabilitative conduct** ("Subject completed 30 day drug DRs, BH199792, sanctions to date" BH199765; "Subject has followed the BOP special instructions," he also followed recommended program" Br. 199767, see also BH199762 (Board Order), BH199760 (Certificate of Parole) | No |
| 156 | [REDACTED] | Murder I | 12/1/1964 | Noncriminal | 8/4/1989 | 2/21/1990 | n/a Reparole process interrupted by new criminal conduct | n/a Reparole process interrupted by new criminal conduct | **Granted reparole: sufficient rehabilitative conduct** (positive institutional behavior/adjustment. "Completed DAATP and criminal conduct, BH102221; "also has a work detail" confirming aggregation of new conviction with ... participates in NA meetings" BH102223, see also BH102218 (Board Order). Subsequently underlying parolable conviction, BH102197 (Board Order) [or] (Board Document) | n/a Reparole process interrupted by new criminal conduct | No |

Page 20

# Chart of D.C. Board Adult Reparole Decisions Where Parolee Was Directed to Serve Time in Jail/Prison After Revocation

| Ref No. | Name | Conviction Charge | Conviction Date | Revocation Basis | Revocation Date | First Reparole Consideration Date | Release to Reparole Date | Time between revocation and release to reparole | Reason for Grant or Denial at First Reparole Consideration Date | If Not Released After First Reparole Consideration Date, Ultimate Reason for Grant of Reparole | Reparole after service of set-off contingent on Underlying Conviction/Revocation Conduct? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 157 | [REDACTED] | Unauthorized Use of a Vehicle, Prison Breach, Armed Robbery, Sexual Abuse | 5/11/1977 | Noncriminal | 6/3/1994 | 10/13/1994 | 10/23/1995 | 16 months | **Denied reparole: Insufficient rehabilitative conduct** (escape BH103136; see also BH103134 (Board Order)) | **Granted reparole: sufficient rehabilitative conduct** ("SAP, dorm detail," no DRs, BH103115, "full compliance with the Board's instructions. He completed programs … & maintained clear conduct" BH103117, see also BH103112 (Board Order); BH103110 (Certificate of Parole)) | No |
| 158 | [REDACTED] | Murder II, Bank Robbery, Armed Robbery | 1/9/1975; 2/7/1975 | Noncriminal | 1/19/1990 | 5/5/1990 | 8/3/1990 | 7 months | **Granted reparole: set-off served** (Revocation order imposed conditions, "narcotics surveillance," BH200322 (Board Order); BH200317 (Certificate of Parole)) | n/a Already released | No |
| 159 | [REDACTED] | Murder II, Bank Robbery, Armed Robbery | 1/9/1975; 2/7/1975 | Noncriminal | 2/24/1994 | 2/9/1996 | 11/29/1996 | 33 months | **Granted reparole: sufficient rehabilitative conduct** ("Subject has programmed during this set-off period. He has addressed his need for substance abuse treatment…" BH200211, see also BH200206 (Board Order); BH200202 (Certificate of Parole)) | n/a Already released | No |
| 160 | [REDACTED] | Burglary II, Theft I, Destruction of Property | 3/13/1985 | Noncriminal | 9/1/1993 | 4/7/1994 | 4/16/1997 | 43 months | **Granted reparole: sufficient rehabilitative conduct** ("he attended NA and maintained a detail," "he is DR free" BH063838, see also BH063827 (Board Order). Subsequently rescinded because disruptive behavior, drug intoxication, needs to fulfil a one-year drug program, BH063816, BH063813 (Board Order); Order) | **Granted reparole: sufficient rehabilitative conduct** ("SAP 30 days," "vocational training not available," no DRs, BH063777, "adjustment is reported to have remained adequate." see also BH063774 (Board Order); BH063765 (Certificate of Parole)) | No |
| 161 | [REDACTED] | Distributing Heroin, Distributing PCP | 1/21/1987 | Possession of a Controlled Substance | 11/4/1996 | 11/29/1998 | 4/10/1998 | 17 months | **Granted reparole: sufficient rehabilitative conduct** ("CCRP I, ADEP, NA, presently working on Air Cond. & Refrig. Squad, on waiting list for ETAP," no DRs or drug use. BH350320, "his institutional adjustment is without incident," "Subject has made every effort to comply with the Boards orders" BH350322, see also BH350317 (Board Order); BH350315 (Certificate of Parole)) | n/a Already released | No |
| 162 | [REDACTED] | Carnal Knowledge | 12/17/1990 | Noncriminal | 3/5/1997 | 11/20/1997 | 2/27/1998 | 11 months | **Granted reparole: sufficient rehabilitative conduct** ("performed satisfactorily in his detail and attended weekly NA meetings", "tutors inmates for their GED" BH327378, see also BH327357 (Board Order); BH327352 (Certificate of Parole)) | n/a Already released | No |
| 163 | [REDACTED] | Armed Robbery | 4/5/1982 | Noncriminal | 4/11/1994 | 9/28/1994 | 9/23/1996 | 27 months | **Denied reparole: insufficient rehabilitative conduct** (despite "30 day drug program," "detail" and no DRs, BH064709, "Subject needs to complete the intensive drug program prior to abuse release" BH064715, see also BH064706 (Board Order)) | **Granted reparole: sufficient rehabilitative conduct** ("He completed 30 day substance conduct … "He remained free of negative infractions", BH064686, "ETAP, case manager counseling", no DRs, BH064684, see also BH064681 (Board Order); BH064653 (Certificate of Parole)) | No |
| 164 | [REDACTED] | Assault, Distribution of PCP, Uniform Controlled Substance Act, Cocaine, Shoplifting | 9/30/1985; 12/2/1987; 10/1/1985; 7/25/1985 | Noncriminal | 5/17/1993 | 5/12/1994 | 11/28/1994 | 18 months | **Granted reparole: sufficient rehabilitative conduct** ("6 mo's Med. SAP," attends school, maintains detail, no DRs, BH200766, "Subject has completed program ordered by the Bd." BH200768, see also BH200763 (Board Order); BH200748 (Certificate of Parole)) | n/a Already released | No |

## Chart of D.C. Board Adult Reparole Decisions Where Parolee Was Directed to Serve Time in Jail/Prison After Revocation

| Ref No. | Name | Conviction Charge | Conviction Date | Revocation Basis | Revocation Date | First Reparole Consideration Date | Release to Reparole Date | Time between revocation and release to reparole | Reason for Grant or Denial at First Reparole Consideration Date | If Not Released After First Reparole Consideration Date, Ultimate Reason for Grant of Reparole | Reparole after service of set-off contingent on Underlying Conviction/Revocation Conduct? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 165 | [REDACTED] | Receiving Stolen Property, Robbery, Assault with a Dangerous Weapon, Unauthorized Use of a Vehicle, Grand Larceny | 4/8/1970 4/10/1970 3/30/1978 | Unauthorized Use of a Vehicle, Noncriminal | 12/31/1986 | 11/4/1987 | 11/23/1987 | 11 months | **Granted reparole: sufficient rehabilitative conduct** "Based on the positive institutional adjustment" BH108946; see also BH108945 (Board Order), BH108942 (Certificate of Parole) | n/a Already released | No |
| 166 | [REDACTED] | Receiving Stolen Property, Robbery, Assault with a Dangerous Weapon, Unauthorized Use of a Vehicle, Grand Larceny | 4/8/1970 4/10/1970 3/30/1978 | Noncriminal | 1/11/1983 | 8/2/1983 | 9/1/1983 | 8 months | **Granted reparole: sufficient rehabilitative conduct** "He has/she has been participating in the Stepping Stones program and recently completed the second phase of that program. He has been working in the accounting office of Prison Industries, and his performance there is rated as highly satisfactory" BH108949; see also BH108046 (Board Order), BH108045 (Certificate of Parole) | n/a Already released | No |
| 167 | [REDACTED] | Receiving Stolen Property, Robbery, Assault with a Dangerous Weapon, Unauthorized Use of a Vehicle, Grand Larceny | 4/8/1970 4/10/1970 3/30/1978 | Noncriminal | 4/22/1985 | 10/22/1985 | 6/13/1986 | 14 months | **Granted reparole: sufficient rehabilitative conduct** ("has not incurred any adverse writeups or disciplinary reports and he is not viewed as a management problem," "responded well to the institutional program" BH108897; see also BH108895 (Board Order). Subsequently rescinded because of drug possession of drugs; BH108984 (Board Order)) | **Granted reparole: sufficient rehabilitative conduct** ("He is working on detail in one of the dormitories," "recently completed a drug seminar," "receives excellent reports from the staff" BH108892; BH108893; see also BH108981 drug violation (Board Document)) (Board Order); BH108979 (Board Order)) | No |
| 168 | [REDACTED] | Robbery, Assault with a Dangerous Weapon, Attempt to Distribute Cocaine | 1/09/1984 04/24/1991 | Criminal Drug Sales, Noncriminal | 6/5/1995 | 3/7/1997 | 5/4/1998 | 35 months | **Denied reparole: insufficient rehabilitative conduct** ("Subject has not completed the drug program per BOP instructions" BH030620, "Subject has made very little effort at self-improvement" BH130622; see also BK030616 (Board Order]) | **Granted reparole: sufficient rehabilitative conduct** ("detail," attends weekly NA, OCPP, so-conduct, no per BOP ... "maintained a positive and (Board productive attitude; excellent progress reports," "maintained a clear conduct record;" "cited for good institutional behavior" BH030611; see also BH030606 (Board Order); BH030604 (Certificate of Parole)) | No |
| 169 | [REDACTED] | Assault, Assault with a Dangerous Weapon, Carrying a Dangerous Weapon | 11/9/1982 | Noncriminal | 6/4/1997 | 2/1/1998 | 4/28/1998 | 11 months | **Granted reparole: sufficient rehabilitative conduct** "no DRs; BK066016; "programming has been limited meetings," "no DRs, BK066015; "programming has been limited to a work detail" BK066020; see also BK066015 (Board Order), BK066011 (Certificate of Parole) | "NA n/a Already released | No |

# Chart of D.C. Board Adult Reparole Decisions Where Parole Was Directed to Serve Time in Jail/Prison After Revocation

| Ref No. | Name | Conviction Charge | Conviction Date | Revocation Basis | Revocation Date | First Reparole Consideration Date | Release to Reparole Date | Time between revocation and release to reparole | Reason for Grant or Denial at First Reparole Consideration Date | If Not Released After First Reparole Consideration Date, Ultimate Reason for Grant of Reparole | Reparole after service of sentence contingent on Underlying Conviction/Revocation Conduct? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 170 | [REDACTED] | Burglary I, Armed Robbery, Assault | 5/10/1978 | Noncriminal | 1/21/1993 | 10/6/1993 | 10/6/1994 | 21 months | **Denied reparole: insufficient rehabilitative conduct** ("continued to abuse" cocaine; "positive urinalysis," "failed to comply with his routine scheduled narcotics surveillance;" BH110109; see also BH110106 (Board Order) | **Granted reparole: sufficient rehabilitative conduct** ("Subject has completed all programs;" "has no positive urines and is DRI free;" BH110071; "he works and attends NA" BH110075; "substance abuse program, ETAP;" detail" BH110068, see also BH110066 (Board Order); BH110063 (Board Document confirming release date) | No |
| 171 | [REDACTED] | Attempt to Distribute Heroin | 2/1/1990 | Noncriminal | 9/13/1996 | 1/7/1997 | 6/6/1997 | 9 months | **Granted reparole: set-off served** (Revocation order imposed no reparole conditions; "refer/intensive supervision); narcotics surveillance BH111088 (Board Order); BH111080 (Certificate of Parole) | n/a Already released | |
| 172 | [REDACTED] | Attempt to Distribute Heroin | 4/7/1992 | Noncriminal, Driving Without a Permit | 3/7/1997 | 4/30/1997 | 5/20/1997 | 3 months | **Granted reparole: set-off served** (Revocation order imposed no reparole conditions; "narcotics anonymous, narcotics surveillance, outpatient drug program" BH111364 (Board Order); see also BH111359 (Certificate of Parole) | n/a Already released | No |
| 173 | [REDACTED] | Murder II | 2/2/1989 | Noncriminal | 10/9/1996 | 1/13/1998 | 4/10/1998 | 17 months | **Granted reparole: sufficient rehabilitative conduct** ("subject has not been a management problem;" "he participated in all available programs" BH202961; "30 day SAP; attended ABT before program ended;" "detail, attends NA- 12 step" BH202959, see also BH202955 (Board Order); BH202952 (Certificate of Parole) | n/a Already released | |
| 174 | [REDACTED] | Possession with Intent to Distribute Heroin, Possession of Heroin, Bail Reform Act | 10/21/1987 | Noncriminal | 10/31/1989 | 4/18/1990 | 7/10/1991 | 21 months | **Granted reparole: sufficient rehabilitative conduct** ("she has not received any disciplinary reports for infractions of institutional rules;" "works in the Housekeeping Squad where she receives excellent work reports;" "attending LEEO and the academic school;" BH203649, participating in DAATP BH203657, see also BH203660 (Board Order). Subsequently rescinded because of "positive urine for opiates;" "curfew violations," "excessive noise," and "assault" BH203641; BH203640 (Board Order) | **Granted reparole: sufficient rehabilitative conduct** ("she has made a positive institutional adjustment. She is the lead person in her work detail and she has completed DAATP" BH203823, see also BH203818 (Board Order); BH203817 (Certificate of Parole) | No |
| 175 | [REDACTED] | Possession with Intent to Distribute Heroin, Possession of Heroin, Bail Reform Act | 10/21/1987 | Noncriminal | 3/25/1992 | 7/11/1992 | n/a Mandatory release | n/a Minatory release | **Denied reparole: insufficient rehabilitative conduct** (escape BH203679; see also BH203578 (Board Order) | n/a Mandatory release, BH203578 (Board document confirming mandatory release) | n/a Mandatory release |
| 176 | [REDACTED] | Possession with Intent to Distribute Heroin, Possession with Intent to Distribute Cocaine | 10/2/1989 | Possession with Intent to Distribute, Noncriminal | 4/1/1996 | 11/10/1996 | 4/17/1998 | 24 months | **Denied reparole: insufficient rehabilitative conduct** ("Decision based on subject's repeated or extremely serious negative institutional behavior, and need for programming to remain crime-free in the community," BH204153 (Board Order) | **Granted reparole: sufficient rehabilitative conduct** ("attends NA/AA regularly, completed Participation Comm. Action Squad, excellent reports; dorm detail," "maintained clear conduct" BH204132; "Subject has made a very good adjustment during this set-off. He has followed his recommended program" BH204134; see also BH204129 (Board Order); BH204125 (Certificate of Parole) | No |

**Chart of D.C. Board Adult Reparole Decisions Where Parole Was Directed to Serve Time in Jail/Prison After Revocation**

| Ref No. | Name | Conviction Charge | Conviction Date | Revocation Basis | Revocation Date | First Reparole Consideration Date | Release to Reparole Date | Time between revocation and release to reparole | Reason for Grant or Denial at First Reparole Consideration Date | If Not Released After First Reparole Consideration Date, Ultimate Reason for Grant of Reparole | Reparole after service of set-off contingent on Underlying Conviction/Revocation Conduct? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 177 | [REDACTED] | Petty Larceny | 10/15/1970 | Theft II | 6/15/1992 | 12/30/1992 | n/a Reparole process interrupted by new criminal conduct | n/a Reparole process interrupted by new criminal conduct | **Denied reparole: Insufficient rehabilitative conduct** ("overall adjustment was marginal prior to escape," escape, new criminal conduct, BH204620; see also BH204614 (Board Order)) | n/a Reparole process interrupted by new criminal conduct, BH204609 (Board Document confirming aggregation of new conviction with underlying paroleable conviction) | No |
| 178 | [REDACTED] | Indecent Liberties with a Minor | 12/4/1981 | Burglary II | 10/27/1988 | 5/22/1989 | n/a Reparole process interrupted by new criminal conduct | n/a Reparole process interrupted by new criminal conduct | **Granted reparole: sufficient rehabilitative conduct** (reparoled to drug treatment program, BH032335 (Board Order). Subsequently set aside pending rescission hearing because of confirming aggregation of new conviction with escape, BH032320 (Board Order); then reparole process interrupted by new criminal conduct BH032248 (Board Document)) | n/a Reparole process interrupted by new criminal conduct, BH032248 (Board Document confirming aggregation of new conviction with underlying paroleable conviction) | No |
| 179 | [REDACTED] | Attempt to Distribute Heroin | 9/26/1988 | Noncriminal | 2/10/1994 | 5/18/1995 | 10/15/1998 | 56 months | **Denied reparole: Insufficient rehabilitative conduct** ("The offender needs programs and rehabilitative services to minimize risk to the community when actually released to parole" BH120051; see also BH120052 (Board Order)) | **Granted reparole: sufficient rehabilitative conduct** ("APRA assessment indicates that "Subject has been found acceptable for residential [drug] treatment" BH120026, "completed the 30 day and intensive [drug] program" BH120040; see also BH120022 (Board Order); BH120015 (Certificate of Parole)) | No |
| 180 | [REDACTED] | Assault, Attempted Robbery, Carrying a Pistol Without a License | 8/1/1979 | Noncriminal | 3/12/1992 | 5/31/1992 | 5/13/1992 | 2 months | **Granted reparole: set-off served** (Revocation order imposed instructions/conditions: "narcotics surveillance, outpatient drug program" BH066522 (Board Order); see also BH066520 (Certificate of Parole)) | n/a Already released | No |
| 181 | [REDACTED] | Possession with Intent to Distribute Marijuana, PCP, Cocaine | 1/25/1988 | Noncriminal | 8/26/1992 | 11/24/1992 | n/a Reparole process interrupted by new criminal conduct | n/a Reparole process interrupted by new criminal conduct | **Granted reparole: sufficient rehabilitative conduct** ("n/a positive urines" BH135661; positive institutional behavior/adjustment. BH113660; see also BH113657 (Board Order). Subsequently rescinded because of escape BH113640/underlying paroleable conviction) | n/a Reparole process interrupted by new criminal conduct, BH113634 (Board Document confirming aggregation of new conviction with underlying paroleable conviction) | No |
| 182 | [REDACTED] | Attempt to Distribute Controlled Substance | 5/8/1987 | Noncriminal | 2/12/1996 | 4/11/1997 | 6/19/1997 | 16 months | **Granted reparole: sufficient rehabilitative conduct** ("30 day SAP, Admin. Bld. detail" BH206183; see also BH206180 (Board Order), BH206176 (Certificate of Parole)) | n/a Already released | No |
| 183 | [REDACTED] | Burglary II, Assault with Intent to Kill, Armed Robbery | 11/18/1982 | Noncriminal | 11/25/1994 | 6/8/1995 | 9/27/1995 | 12 months | **Granted reparole: set-off served** (Revocation order imposed instructions/conditions: "narcotics surveillance, outpatient drug treatment; refer/BOP initiative #1" BH067311; see also BH067300 (Board Order); BH067289 (Board Document)) | n/a Already released | No |
| 184 | [REDACTED] | Receiving Stolen Property, Attempted Robbery, Attempt to Distribute PCP, Unauthorized Use of a Vehicle, Destruction of Property | 4/22/1988 | Attempt to Distribute Cocaine | 11/25/1994 | 4/21/1995 | 5/18/1995 | 6 months | **Granted reparole: set-off served** (Revocation order imposed instructions/conditions: "narcotics surveillance, outpatient drug program" BH115076 (Board Order), BH115071 (Certificate of Parole)) | n/a Already released | No |

Chart of D.C. Board Adult Reparole Decisions Where Parolee Was Directed to Serve Time in Jail/Prison After Revocation

| Ref No. | Name | Conviction Charge | Conviction Date | Revocation Basis | Revocation Date | First Reparole Consideration Date | Release to Reparole Date | Time between revocation and release to reparole | Reason for Grant or Denial at First Reparole Consideration Date | If Not Released After First Reparole Consideration Date, Ultimate Reason for Grant of Reparole | Reparole after service of set-off contingent on Underlying Conviction/Revocation Conduct? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 185 | [REDACTED] | Attempt to Distribute Cocaine | 2/15/1990 | Attempted Burglary, Receiving Stolen Property | 3/1/1995 | 3/15/1996 | 6/26/1996 | 15 months | **Granted reparole: sufficient rehabilitative conduct** ("Completed SAP, attends NA" BH117105, "no disciplinary reports," "Subject has complied with all the requirements of his set-off." BH117107, see also BH117102 (Board Order); BH117100 (Certificate of Parole) | n/a Already released | No |
| 186 | [REDACTED] | Armed Robbery | 6/30/1976 | Noncriminal | 7/3/1984 | 7/3/1986 | 8/21/1986 | 26 months | **Granted reparole: sufficient rehabilitative conduct** ("completed the DAAP program," "has enrolled in whatever other programs that have been available to him with reference to drug education and drug treatment," "has not returned a single dirty urine over the two-year period," only one negative citation, "used this time well" and "has been adequately punished for his indiscretions while in the community and under parole supervision" BH120349, see also BH120355 (Board Order); BH120354 (Board Document) | n/a Already released | No |
| 187 | [REDACTED] | Burglary | 12/7/1990 | Assault, Noncriminal | 7/30/1996 | 11/7/1996 | 3/5/1997 | 7 months | **Granted reparole: sufficient rehabilitative conduct** ("he has not programmed. However, there are no additional DRs, and there [are] no adjustment problems reported" BH284206, see also BH284200 (Board Order); BH284195 (Certificate of Parole) | n/a Already released | No |
| 188 | [REDACTED] | Attempt to Distribute Cocaine | 7/19/1990 | Noncriminal | 6/30/1997 | 10/31/1997 | 1/27/1998 | 7 months | **Granted reparole: sufficient rehabilitative conduct** ("30 days n/a Already released, Substance Abuse Program, housing detail, 12 step, NA," no DRs, BH343389; "not a management problem and keeps himself busy in the culinary unit" BH343391; see also BH343386 (Board Order); BH343382 (Certificate of Parole) | n/a Already released | No |
| 189 | [REDACTED] | Armed Kidnapping | 7/22/1983 | Noncriminal | 6/25/1992 | 2/8/1993 | 6/13/1997 | 60 months | **Granted reparole: sufficient rehabilitative conduct** ("program participation" BH284800, "working at NIH," "working overtime," "no [illegible] problems" BH284801; see also BH284797 (Board Order). Subsequently rescinded because "tested positive for cocaine," "adjustment was marginal" BH284789, BH284787 (Board Order) | **Granted reparole: sufficient rehabilitative conduct** ("better than average probability that Subject will perform acceptably on parole" BH284712; see also BH284709 (Board Order); BH284689 (Certificate of Parole) | No |
| 190 | [REDACTED] | Armed with a Dangerous Weapon, Drugs | 10/22/1987 | Burglary II | 2/28/1990 | 2/28/1991 | 7/31/1991 | 17 months | **Granted reparole: sufficient rehabilitative conduct** ("Scheduled to complete DAATP," "obtained a work detail. Overall adjustment is satisfactory. Also attends NA" BH122514, see also BH122513 (Board Order), BH122511 (Certificate of Parole) | n/a Already released | No |
| 191 | [REDACTED] | Rape | 6/4/1976 | Noncriminal | 2/17/1989 | 5/3/1989 | 4/3/1996 | 7 YEARS and 3 months (800 day escape included) | **Granted reparole: sufficient rehabilitative conduct** ("attends NA meetings. Has a full time barber detail. Volunteers time in dormitory" BH123597, "no DRs, no dirty urines" BH123599, see also BH123594 (Board Order). Subsequently rescinded because of violations for "out of bounds; use of intoxicants, destruction of facility property" BH123580, BH125678 (Board Order) | **Granted reparole: sufficient rehabilitative conduct** ("SAP detail, Bible study" BH123509, "doing well" for last 18 months. BH123514, see also BH123506 (Board Order), BH123504 (Certificate of Parole) | No |
| 192 | [REDACTED] | Carnal Knowledge | 8/6/1976 | Drugs | 12/5/1984 | 12/21/1985 | 1/6/1986 | 13 months | **Granted reparole: sufficient rehabilitative conduct** ("detail as a maintenance assistant," "performs his assignment duties in a diligent manner," "completed the 10 week group [drug and alcohol] group counseling program," "has not received any disciplinary reports," "made a satisfactory adjustment," "complied with his program requirements" BH285465, see also BH285462 (Board Order); BH284457 (Certificate of Parole) | n/a Already released | No |

# Chart of D.C. Board Adult Reparole Decisions Where Parolee Was Directed to Serve Time in Jail/Prison After Revocation

| Ref No. | Name | Conviction Charge | Conviction Date | Revocation Basis | Revocation Date | First Reparole Consideration Date | Release to Reparole Date | Time between revocation and release to reparole | Reason for Grant or Denial at First Reparole Consideration Date | If Not Released After First Reparole Consideration Date, Ultimate Reason for Grant of Reparole | Reparole after service of set-off contingent on Underlying Conviction/Revocation Conduct? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 193 | [REDACTED] | Carnal Knowledge | 8/6/1976 | Noncriminal | 8/23/1989 | 5/30/1990 | n/a. Reparole process interrupted by new criminal conduct | n/a. Reparole process interrupted by new criminal conduct | **Denied reparole: Insufficient rehabilitative conduct** ("escaped for 14 months," see BK285378, see also BK285367 (Board Order)) | n/a. Reparole process interrupted by new criminal conduct. BK285281 (Board Document confirming aggregation of new conviction with underlying parolable conviction) | No |
| 194 | [REDACTED] | Armed Robbery | 2/12/1985 | Shoplifting, Noncriminal | 2/3/1989 | 1/8/1991 | 4/12/1991 | 26 months | **Granted reparole: sufficient rehabilitative conduct** ("worked/was in Industries, attended DAATP, C&P counseling, [] furniture repair shop" BK068257, despite escape from work release for 135 days, "has not been a management problem and has employable skills" BK068259, see also BK068254 (Board Order), BK068252 (Certificate of Parole)) | n/a. Already released | No |
| 195 | [REDACTED] | Burglary I, Armed Robbery, Armed with a Dangerous Weapon, Bail Reform Act | 12/11/1987 | Noncriminal | 9/18/1997 | 2/26/1998 | 8/4/1998 | 6 months | **Granted reparole: sufficient rehabilitative conduct** ("round[]na to be acceptable for placement in a 28 day residential [drug] treatment program" BK135451, see also BK125447 (Board Order), BK125443 (Certificate of Parole)) | n/a. Already released | No |
| 196 | [REDACTED] | Attempt to Distribute PCP | 6/2/1989 | Distribution of Cocaine | 1/16/1996 | 5/7/1996 | 6/25/1996 | 5 months | **Granted reparole: set-off served** (Revocation order imposed instructions/conditions: "narcotics surveillance, outpatient drug program" BK287021 (Board Order), BK287017 (Certificate of Parole)) | n/a. Already released | No |
| 197 | [REDACTED] | Attempt to Rob, Possession | 7/19/1976, 8/21/1984 | Possession, Noncriminal | 6/24/1997 | 1/20/1998 | 9/24/1998 | 15 months | **Granted reparole: set-off served** (Revocation order imposed instructions/conditions: "drug program, narcotics surveillance, Refer/Addiction Rx. Eval." BK137662, see also BK137659 (Board Order), BK137655 Certificate of Parole) | n/a. Already released | No |
| 198 | [REDACTED] | Distribution of PCP & Marijuana | 2/26/1988 | Possession with intent to Distribute, Cocaine, Assault with a Dangerous Weapon | 6/4/1997 | 11/20/1997 | 12/30/1997 | 7 months | **Granted reparole: set-off served** (Revocation order imposed instructions/conditions: "outpatient drug program; narcotics surveillance; narcotics anonymous; HIDTA program; community/conflict resolut[ion]" BK31087(Board Order); see also BK031082 Certificate of Parole) | n/a. Already released | No |
| 199 | [REDACTED] | Assault with Intent to Kill, Armed Robbery | 10/27/1992 | Noncriminal | 7/9/1998 | 11/28/1998 | 3/25/1999 | 9 months | **Granted reparole: set-off served** (Revocation order imposed instructions/conditions: "narcotics surveillance, narcotics anonymous," "adhere to C&P prog recomm" and "work release" was recommended. BK069323 (Board Order); see also BK069319 (Certificate of Parole)) | n/a. Already released | No |
| 200 | [REDACTED] | Distribution of Heroin | 10/28/1986 | Possession with Intent to Distribute Heroin, Distribution of Heroin | 7/15/1988 | 1/5/1989 | 1/19/1989 | 7 months | **Granted reparole: sufficient rehabilitative conduct** ("satisfactory" institutional behavior/adjustment; BK138342; subject "says that he has been in attendance at NA and that he has been voluntarily doing detail in the dormitory" BK138349, see also BK138326 (Board Order), BK138327 (Certificate of Parole)) | n/a. Already released | No |
| 201 | [REDACTED] | Armed Voluntary Manslaughter | 5/20/1985 | Noncriminal | 10/29/1996 | 3/25/1997 | 4/8/1997 | 6 months | **Granted reparole: set-off served** (Revocation order imposed instructions/conditions: "narcotics surveillance)" BK287336 (Board Order), BK287335 (Board Document)) | n/a. Already released | No |
| 202 | [REDACTED] | Armed Robbery, Assault with a Deadly Weapon | 6/21/1971 | Noncriminal | 3/21/1988 | 10/25/1988 | 11/23/1989 | 10 months | **Granted reparole: sufficient rehabilitative conduct** ("assigned to the industrial laundry squad where he works," "regular attendance at the NA," BK140447, "incurred no disciplinary reports," "appears to have benefited from this period of incarceration" BK140448, see also BK140446 (Board Order), BK140440 (Certificate of Parole)) | n/a. Already released | No |

## Chart of D.C. Board Adult Reparole Decisions Where Parolee Was Directed to Serve Time in Jail/Prison After Revocation

| Ref No. | Name | Conviction Charge | Conviction Date | Revocation Basis | Revocation Date | First Parole Consideration Date | Release to Reparole Date | Time between revocation and release to reparole | Reason for Grant or Denial at First Reparole Consideration Date | If Not Released After First Reparole Consideration Date, Ultimate Reason for Grant of Reparole | Reparole after service of set-off contingent on Underlying Conviction/Revocation Conduct? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 203 | [REDACTED] | Robbery, Manslaughter | 9/10/1971 | Noncriminal | 9/11/1979 | 9/25/1980 | 11/26/1980 | 13 months | **Granted reparole: sufficient rehabilitative conduct** ("overall adjustment has been satisfactory," "demonstrated that he can be a responsible person and that he appears to be sincere about his return to the community" BK351680, see also BK351679 (Board Order); BK351676 (Certificate of Parole)) | n/a Already released | No |
| 204 | [REDACTED] | Robbery, Manslaughter | 9/10/1971 | Noncriminal | 6/22/1981 | 1/7/1982 | 3/24/1982 | 9 months | **Granted reparole: sufficient rehabilitative conduct** ("progress report is satisfactory," "working in squad 50, the labor squad" BK351658, see also BK351657 (Board Order); BK351651 (Certificate of Parole)) | n/a Already released | No |
| 205 | [REDACTED] | Robbery, Manslaughter | 9/10/1971 | Drugs; Possession of a Prohibited Weapon | 11/3/1982 | 11/17/1983 | 11/17/1983 | 12 months | **Granted reparole: sufficient rehabilitative conduct** ( to "hasten his involvement in another treatment program," "has not picked up any particular disciplinary infractions. He has done just enough to get by." BK351626, see also BK351624 (Board Order); BK351622 (Certificate of Parole)) | n/a Already released | No |
| 206 | [REDACTED] | Attempt to Distribute Cocaine | 2/3/1980 | Possession with Intent to Distribute Cocaine, Noncriminal | 11/20/1996 | 3/20/1997 | 3/27/1997 | 4 months | **Granted reparole: set-off served** (Revocation order imposed instructions/conditions: "narcotics anonymous, outpatient drug program; narcotics surveillance" B#141736, (Board Order), see also BF141733 (Certificate of Parole)) | n/a Already released | No |
| 207 | [REDACTED] | Attempt to Distribute Heroin | 7/29/1987 | Noncriminal | 4/8/1996 | 9/27/1996 | 12/16/1996 | 8 months | **Granted reparole: sufficient rehabilitative conduct** ("completed 30 drug program," "maintains a work detail," "no DRs" BK288127; "subject has made a positive adjustment," "has been free of adverse actions" BK288129; see also BK288124 (Board Order); BK288120 (Certificate of Parole)) | n/a Already released | No |
| 208 | [REDACTED] | Armed Robbery, Attempt to Rob | 6/5/1981 | Criminal and Noncriminal | 1/9/1997 | 12/16/1997 | 6/11/1998 | 17 months | **Granted reparole: sufficient rehabilitative conduct** ("psychiatric counsel, & eval," "attends NA, detail," "no DRs, BK035515, see also BK035512 (Board Order), BK035468 (Certificate of Parole)) | n/a Already released | No |
| 209 | [REDACTED] | Armed Robbery, Attempt to Rob | 6/5/1981 | Sexual Assault, Noncriminal | 6/21/1991 | 1/30/1992 | 8/23/1993 | 31 months | **Denied reparole: insufficient rehabilitative conduct** (alcohol violation, escape; disciplinary problems. BK035732, see also BK035730 (Board Order) | **Granted reparole: sufficient rehabilitative conduct** ("he has submitted 28 urine all neg[ative]. He was monitor[ed] daily, with no problems." BK035668, see also BK035658 (Board Order); BK035629 (Certificate of Parole)) | No |
| 210 | [REDACTED] | Distribution of a Controlled Substance | 12/9/1985 | Noncriminal | 8/26/1991 | 11/17/1992 | 6/6/1992 | 9 months | **Denied reparole: insufficient rehabilitative conduct** (did not complete recommended programming due to transfer ... "was in programs until transfer ... to max out positive." alleged assault." BK288587; see also BK288584 (Board Order) | **Granted reparole: sufficient rehabilitative conduct** ("subject's adjustment has been ... "completed DAATP and attends ABE classes" BK288578; "Subject has done well during his set-off. He followed his recommended program and remained free of adverse actions" BK288578, see also BK288573 (Board Order); BK288571 (Certificate of Parole)) | No |
| 211 | [REDACTED] | Drugs | 9/28/1998 | Noncriminal | 7/30/1998 | 2/11/1999 | 4/6/1999 | 9 months | **Granted reparole: sufficient rehabilitative conduct** ("evaluation report reveals subject is in need of long term substance abuse treatment, cognitive restructuring, vocational counseling" B#142444, released to inpatient drug program in community, B#142440; see also B#142441 (Board Order); B#142438 (Certificate of Parole)) | n/a Already released | No |

**Chart of D.C. Board Adult Reparole Decisions Where Parole Was Directed to Serve Time in Jail/Prison After Revocation**

| Ref No. | Name | Conviction Charge | Conviction Date | Revocation Basis | Revocation Date | First Reparole Consideration Date | Release to Reparole Date | Time between revocation and release to reparole | Reason for Grant or Denial at First Reparole Consideration Date | If Not Released After First Reparole Consideration Date, Ultimate Reason for Grant of Reparole | Reparole after service of set-off contingent on Underlying Conviction/Revocation Conduct? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 212 | [REDACTED] | Possession of a Prohibited Weapon, Burglary, Armed Robbery, Drugs, Assault with a Deadly Weapon, Carrying a Pistol Without a Weapon | 12/8/1978 | Sexual Assault, Noncriminal | 11/27/1989 | 4/19/1990 | 8/2/1990 | 8 months | **Granted reparole: sufficient rehabilitative conduct** ("attends NA, DAATP, works with welding shop, and is described as a good worker" BH142872; "case manager reports that subject's adjustment has been very positive, no incidents" BH142874; see also BH142868 (Board Order), BH142882 (Certificate of Parole)) | n/a. Already released | No |
| 213 | [REDACTED] | Burglary II, Drugs | 1/6/1983 | Noncriminal | 2/5/1993 | 6/16/1993 | 10/16/1993 | 9 months | **Granted reparole: sufficient rehabilitative conduct** ("subject n/a works as the lead detail (illegible) in his housing unit . He also [is] participating in counseling on property rights of others," "no DRs reported" BH332576; "his program participation has been acceptable," "no positive urines" BH332578; see also BH332573 (Board Order); BH332557 (Certificate of Parole)) | n/a. Already released | No |
| 214 | [REDACTED] | Armed Robbery, Petty Larceny, Possession of Prohibited Weapon, Assault with a Dangerous Weapon | 9/29/1980 | Noncriminal | 8/11/1995 | 8/6/1996 | 4/6/1998 | 31 months | **Denied reparole: insufficient rehabilitative conduct** ("arrested for disorderly conduct," "four curfew violations," "three positive urines" BH069784; see also BH069777 (Board Order)) | **Granted reparole: sufficient rehabilitative conduct** (illegible); "30 day SAP; Culinary work detail/Sanitation"; no DRs, BH069699, "recommended for reparole by the institution" BH069701; see also BH069696 (Board Order), BH069692 (Certificate of Parole)) | No |
| 215 | [REDACTED] | Armed Robbery | 8/16/1989 | Noncriminal | 10/10/1996 | 10/22/1997 | 1/20/1998 | 15 months | **Granted reparole: sufficient rehabilitative conduct** ("90 day n/a case manager drug (illegible) program; CCRP; detail; attends NA, ETAP," no DRs  BH289808; see also BH289805 (Board Order), BH289802 (Certificate of Parole)) | n/a. Already released | No |
| 216 | [REDACTED] | Distribution of Cocaine | 12/12/1989 | Theft, Noncriminal | 10/16/1997 | 12/15/1997 | 12/30/1997 | 3 months | **Granted reparole: set-off served** (Revocation order imposed n/a instructions/conditions: "narcotics surveillance, outpatient drug program" BH036195   (Board Order); see also BH036192 (Certificate of Parole)) | n/a. Already released | No |
| 217 | [REDACTED] | Kidnap | 3/16/1976 | Noncriminal | 3/15/1990 | 10/5/1990 | 1/16/1992 | 19 months | **Denied reparole: insufficient rehabilitative conduct** ("placed on escape status;" "He offered no explanation for his escape" BH144140; see also BH144117 (Board Order)) | **Granted reparole: sufficient rehabilitative conduct** ("all unless negative, gainfully employed with a construction co. Overall adjustment has been good." BH144048; see also BH144041 (Board Order); BH144149 (Certificate of Parole)) | No |
| 218 | [REDACTED] | Robbery, Bail Reform Act | 9/7/1983 | Noncriminal | 3/21/1991 | 8/21/1991 | n/a. Reparole process interrupted by new criminal conduct | n/a. Reparole process interrupted by new criminal conduct | **Denied reparole: insufficient rehabilitative conduct** (DR for n/a. Reparole process interrupted by new "fighting, bodily injury, lack of cooperation," "did not participate criminal conduct. BH290248 (Board Document in programs" BH290280, "did not address Board's special/confirming aggregation of new conviction with instructions" BH290281, "has not programmed and displayed underlying parolable conviction negative institutional behavior" BH290282; see also BH290277 (Board Order)) | | No |

**Chart of D.C. Board Adult Reparole Decisions Where Parole Was Directed to Serve Time in Jail/Prison After Revocation**

| Ref No. | Name | Conviction Charge | Conviction Date | Revocation Basis | Revocation Date | First Reparole Consideration Date | Release to Reparole Date | Time between revocation and release to reparole | Reason for Grant or Grant or Denial at First Reparole Consideration Date | If Not Released After First Reparole Consideration Date, Ultimate Reason for Grant of Reparole | Reparole after service of set-off contingent on Underlying Conviction/Revocation Conduct? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 219 | [REDACTED] | Burglary | 3/18/1985 | Burglary, Unlawful Entry, Traffic Violation, Noncriminal | 10/1/1990 | 9/24/1991 | 12/8/1992 | 26 months | **Denied reparole: insufficient rehabilitative conduct** ("leaving Center without authorization," "returned a urine positive for cocaine" B#145018, see also B#145017 (Board Order)) | **Granted reparole: sufficient rehabilitative conduct** ("Subject has been attending NA & NA/works. He is DR free," "has received outstanding reports [from] work detail & a certificate from AA/NA. B#144915, see also B#144912 (Board Order); B#144906 (Certificate of Parole)) | No |
| 220 | [REDACTED] | Robbery | 10/2/1991 | Grand Larceny, Noncriminal | 10/22/1996 | 3/11/1997 | 4/7/1997 | 6 months | **Granted reparole: set-off served** (Revocation order recommended work release, B#290781 (Board Order); see also B#290778 (Certificate of Parole) | n/a. Already released | No |
| 221 | [REDACTED] | Robbery | 10/2/1991 | Noncriminal | 2/6/1998 | 4/9/1998 | 4/29/1998 | 3 months | **Granted reparole: sufficient rehabilitative conduct** (admission to inpatient drug treatment program, B#290736, B#290737; see also B#290732 (Board Order); B#290725 (Certificate of Parole) | n/a. Already released | No |
| 222 | [REDACTED] | Distribution of PCP, Distribution of Marijuana | 6/30/1988 | Noncriminal | 2/3/1997 | 11/12/1997 | 3/10/1998 | 13 months | **Granted reparole: sufficient rehabilitative conduct** ("ETAP work detail" certificate, Community Outreach, ADEP work detail" B#291283, no DRs. B#291284, "Subject did comply with the requirements of his set-off. The institution feels that he comported himself well and his behavior has vastly improved" B#291286; see also B#291281; B#291278 (Certificate of Parole)) | n/a. Already released | No |
| 223 | [REDACTED] | Distribution of PCP, Distribution of Marijuana | 6/30/1988 | Noncriminal | 2/7/1991 | 10/28/1991 | 11/1/1995 | 50 months | **Denied reparole: insufficient rehabilitative conduct** ("charged with shoplifting" B#291374; "on escape 27 days," B#291377, "has not addressed his drug problem" B#291378, see also B#291372 (Board Order)) | **Granted reparole: sufficient rehabilitative conduct** ("attends weekly NA meetings," "also maintains a work detail," no DRs "since return from escape" B#291328, "has followed the inst program," "no adverse actions or a P.I." B#291330, see also B#291325 (Board Order); B#291314 (Board Document)) | No |
| 224 | [REDACTED] | Robbery, Assault with a Dangerous Weapon, Possession of Cocaine, Possession with Intent to Distribute Cocaine | 9/30/1988 12/19/1990 | Noncriminal | 7/2/1996 | 9/25/1996 | 10/18/1996 | 3 months | **Granted reparole: set-off served** (Revocation order imposed instructions/conditions: "narcotics surveillance, refer/intensive superv., narcotics anonymous" B#353560 (Board Order); see also B#353556 (Certificate of Parole) | n/a. Already released | No |
| 225 | [REDACTED] | Attempted Theft, Attempted Burglary, Assault with a Dangerous Weapon, Carry a Pistol Without a License, Possession of Prohibited Weapon | 6/23/1986 | Noncriminal | 12/31/1993 | 6/10/1994 | 10/25/1996 | 34 months | **Denied reparole: insufficient rehabilitative conduct** ("received a DR or possession of contraband" and institution recommendation for reparole "was made prior to the subject[']s program, work detail; [illegible]" "has no DRs or incurring a DR" B#038960, see also B#038953 (Board Order)) | **Granted reparole: sufficient rehabilitative conduct** ("Subject completed ETAP; 30 day drug adverse actions" B#038820, "has fully complied with all recommended programs; see also B#036820 (Board Order); B#036817 (Certificate of Release)) | No |