IDPS-268

# WORK PROGRESS REPORT
## INDUSTRIES DIVISION

*(To be prepared Semi Annually on each resident)*

Name __FLETCHER, THADDEUS__  DCDC __#191-841__  DATE __NOVEMBER 3, 00__
Period of Report __MAY 3, 00__ to __NOVEMBER 3, 00__
Shop __METRO SHOP__  Date Assigned __5/6/99__  Total Hours Worked __N/A__  Squad __1__
Position __FABRIC CUTTER/CLERK__  Grade __

*(check one in each area)*

**CARE OF EQUIPMENT**
Degree of care exercised with tools and materials. Respects worth of equipment, squad and personal property and uses correct safety practices.
☐ Excellent
☑ Very Good
☐ Good
☐ Fair
☐ Poor

**INTEREST**
Indicated by application to task, willingness to work, and desire to do a good job.
☐ Excellent
☑ Very Good
☐ Good
☐ Fair
☐ Poor

**COMPREHENSION**
Degree of technical knowledge he appears to possess by quality of workmanship and progress shown in learning details of the job.
☐ Excellent
☑ Very Good
☐ Good
☐ Fair
☐ Poor

**DEPENDABILITY**
Indicated by self-reliance, initiative, and ability to do work without constant supervision. does work of consistently good quality. Is on the job every day.
☐ Excellent
☑ Very Good
☐ Good
☐ Fair
☐ Poor

**COOPERATION**
Shown by attitude towards fellow residents and supervisors; treats others courteously, willingly works unusual schedules or jobs when required.
☐ Excellent
☑ Very Good
☐ Good
☐ Fair
☐ Poor

**PRODUCTIVITY**
Indicated by the quality of work and amount of work performed and manhours in the squad. Efforts directed to squad standards and progression.
☐ Excellent
☑ Very Good
☐ Good
☐ Fair
☐ Poor

**ATTITUDE**
Indicated by reaction to advice and instructions; accepts constructive criticism. Deals well with supervision and his environment. Cooperative.
☐ Excellent
☑ Very Good
☐ Good
☐ Fair
☐ Poor

**VERSATILITY**
Indicated by performing well on any assignment
☐ Excellent
☑ Very Good
☐ Good
☐ Fair
☐ Poor

**RESPONSIBILITY**
Works well without supervision, arrives on the job on time, completes assignments, does not develop excuses to avoid work, and demonstrates correct safety practices.
☐ Excellent
☑ Very Good
☐ Good
☐ Fair
☐ Poor

**APPEARANCE**
Indicated by the use of desirable personal hygiene and physical appearance. Does resident present a clean, neat, well-cared for look versus a sloppy, dirty "I don't Care" look.
☐ Excellent
☑ Very Good
☐ Good
☐ Fair
☐ Poor

Is this man a disciplinary problem to your squad?
☐ Frequently
☐ Sometimes
☑ Never

Is this man responsive to the business and work of your squad?
☑ Yes
☐ No

Have you noticed any constructive changes in the man during the current rating period?
☑ Yes
☐ No

Does this man take the initiative, offer suggestions for new or improved way of proceeding? If so, in what way? ____
☐ Yes
☐ No

Do you recommend keeping this man in his present assignment? If no, state why. ____
☑ Yes
☐ No

Would you recommend this man to a prospective employer as having the ability to get along with co-workers, learn average skills, produce and be reliable and dependable?
☑ Strongly
☐ Possibly
☐ No

Remarks: (State in your own words your general conception, impression or opinion of this man)
MR. FLETCHER IS THE METRO SHOP CLERK & FABRIC CUTTER, HE'S AN EXCELLENT WORKER AND HAVE AN EXCELLENT ATTITUDE. HE ALSO IS A VERY GOOD EXPERIENCE "UPHOLSTERER" THAT DO NOT MIND HELPING OU WHEN HE'S CALLED UPON.

Explain what he actually does in your squad.
MR. FLETCHER WORK IN THE SUPERVISOR OFFICE IN THE METRO SHOP, HE DO ALL THE TYPING, BOOK KEEPING INVENTORY, STOCK ITEMS, FABRIC CUTTING FOR THE METRO SHOP PRODUCTION. HE ALSO IS THE ASST. TO THE SQUAD LEADER.

Ind. Ed. Spec.
Officer
rd Office

Signed __DANNY MINTER,__
Title __GENERAL FOREMAN__

IDPS-268

# WORK PROGRESS REPORT
## INDUSTRIES DIVISION

*(To be prepared Semi Annually on each resident)*

Name: **FLETCHER, THADDEUS**  #191-841

Period of Report: **NOVEMBER 3, 1999** DCDC to **MAY 3, 00**   Date: **MAY 3, 00**

Shop: **METRO SHOP**   Date Assigned: **5/6/99**   Total Hours Worked: **N/A**

Position: **CLERK/UPHOLSTERER**   Squad: 2   Grade: 2

*(check one in each area)*

**CARE OF EQUIPMENT**
Degree of care exercised with tools and materials. Respects worth of equipment, squad and personal property and uses correct safety practices
- ☐ Excellent
- ☑ Very Good
- ☐ Good
- ☐ Fair
- ☐ Poor

**INTEREST**
Indicated by application to task, willingness to work, and desire to do a good job.
- ☐ Excellent
- ☑ Very Good
- ☐ Good
- ☐ Fair
- ☐ Poor

**COMPREHENSION**
Degree of technical knowledge he appears to possess by quality of workmanship and progress shown in learning details of the job.
- ☐ Excellent
- ☑ Very Good
- ☐ Good
- ☐ Fair
- ☐ Poor

**DEPENDABILITY**
Indicated by self-reliance, initiative, and ability to do work without constant supervision; does work of consistently good quality. Is on the job every day.
- ☐ Excellent
- ☑ Very Good
- ☐ Good
- ☐ Fair
- ☐ Poor

**COOPERATION**
Shown by attitude towards fellow residents and supervisors; treats others courteously, willingly works unusual schedules or jobs when required.
- ☐ Excellent
- ☑ Very Good
- ☐ Good
- ☐ Fair
- ☐ Poor

**PRODUCTIVITY**
Indicated by the quality of work and amount of work performed and manhours in the squad. Efforts directed to squad standards and progression.
- ☐ Excellent
- ☑ Very Good
- ☐ Good
- ☐ Fair
- ☐ Poor

**ATTITUDE**
Indicated by reaction to advice and instructions; accepts constructive criticism. Deals well with supervision and his environment. Cooperative.
- ☐ Excellent
- ☑ Very Good
- ☐ Good
- ☐ Fair
- ☐ Poor

**VERSATILITY**
Indicated by performing well on any assignment
- ☐ Excellent
- ☑ Very Good
- ☐ Good
- ☐ Fair
- ☐ Poor

**RESPONSIBILITY**
Works well without supervision, arrives on the job on time, completes assignments, does not develop excuses to avoid work, and demonstrates correct safety practices.
- ☐ Ex
- ☑ Ve
- ☐ Go
- ☐ Fa
- ☐ Po

**APPEARANCE**
Indicated by the use of desirable personal hygiene and physical appearance. Does resident present a clean, neat, well-cared for look versus a sloppy, dirty "I don't Care" look.
- ☐ Ex
- ☑ Ve
- ☐ Go
- ☐ Fai
- ☐ Poo

Is this man a disciplinary problem to your squad?
- ☐ Freq
- ☐ Som
- ☐ Nev

Is this man responsive to the business and work of your squad?
- ☑ Yes
- ☐ No

Have you noticed any constructive changes in the man during the current rating period?
- ☑ Yes
- ☐ No

Does this man take the initiative, offer suggestions for new or improved way of proceeding? If so, in what way? __N/A__
- ☐ Yes
- ☐ No

Do you recommend keeping this man in his present assignment? If no, state why.
- ☑ Yes
- ☐ No

Would you recommend this man to a prospective employer as having the ability to get along with co-workers, learn average skills, produce and be reliable and dependable?
- ☑ Strongly
- ☐ Possibly
- ☐ No

Remarks: (State in your own words your general conception, impression or opinion of this man)

**MR. FLETCHER WORK IS NEVER LEFT UNDONE, HE'S A VERY GOOD CLERK AND UPHOLSTERER.**

_____ lain what he actually does in your squad.

Ind. Ed. Spec.
P Officer
ord Office
d File

X _Thaddeus Fletcher_       Signed /
                              Title **SUPERVISOR  SO 16**

IDPS-26␣

# WORK PROGRESS REPORT
# INDUSTRIES DIVISION

*(To be prepared Semi Annually on each resident)*

Name _____  
Period of Report _____ to _____ DCDC _____ DATE NOVEMBER __, 1999  
                                    NOVEMBER 3, 1999  
Shop _____ Date Assigned _____ Total Hours Worked N/A ___ Squad ___  
                                                  Position CLERK ___ Grade ___

(check one in each area)

| CARE OF EQUIPMENT | | RESPONSIBILITY | |
|---|---|---|---|
| Degree of care exercised with tools and materials. Respects worth of equipment, squad and personal property and uses correct safety practices | ☑ Excellent<br>☐ Very Good<br>☐ Good<br>☐ Fair<br>☐ Poor | Works well without supervision, arrives on the job on time, completes assignments, does not develop excuses to avoid work, and demonstrates correct safety practices. | ☑ Excellent<br>☐ Very Good<br>☐ Good<br>☐ Fair<br>☐ Poor |
| **INTEREST** | | **APPEARANCE** | |
| Indicated by application to task, willingness to work, and desire to do a good job. | ☐ Excellent<br>☑ Very Good<br>☐ Good<br>☐ Fair<br>☐ Poor | Indicated by the use of desirable personal hygiene and physical appearance. Does resident present a clean, neat, well-cared for look versus a sloppy, dirty "I don't Care" look. | ☐ Excellent<br>☐ Very Good<br>☑ Good<br>☐ Fair<br>☐ Poor |
| **COMPREHENSION** | | | |
| Degree of technical knowledge he appears to possess by quality of workmanship and progress shown in learning details of the job. | ☐ Excellent<br>☑ Very Good<br>☐ Good<br>☐ Fair<br>☐ Poor | Is this man a disciplinary problem to your squad? | ☐ Frequently<br>☐ Sometimes<br>☑ Never |
| **DEPENDABILITY** | | | |
| Indicated by self-reliance, initiative, and ability to do work without constant supervision; does work of consistently good quality. Is on the job every day. | ☑ Excellent<br>☐ Very Good<br>☐ Good<br>☐ Fair<br>☐ Poor | Is this man responsive to the business and work of your squad? | ☑ Yes<br>☐ No |
| **COOPERATION** | | | |
| Shown by attitude towards fellow residents and supervisors; treats others courteously, willingly works unusual schedules or jobs when required. | ☑ Excellent<br>☐ Very Good<br>☐ Good<br>☐ Fair<br>☐ Poor | Have you noticed any constructive changes in the man during the current rating period? | ☑ Yes<br>☐ No |
| **PRODUCTIVITY** | | | |
| Indicated by the quality of work and amount of work performed and manhours in the squad. Efforts directed to squad standards and progression. | ☐ Excellent<br>☑ Very Good<br>☐ Good<br>☐ Fair<br>☐ Poor | Does this man take the initiative, offer suggestions for new or improved way of proceeding? If so, in what way? _____ N/A _____ | ☐ Yes<br>☐ No |
| **ATTITUDE** | | | |
| Indicated by reaction to advice and instructions; accepts constructive criticism. Deals well with supervision and his environment. Cooperative. | ☑ Excellent<br>☐ Very Good<br>☐ Good<br>☐ Fair<br>☐ Poor | Do you recommend keeping this man in his present assignment? If no, state why. _____ | ☑ Yes<br>☐ No |
| **VERSATILITY** | | | |
| Rated by performing well on any assignment | ☐ Excellent<br>☑ Very Good<br>☐ Good<br>☐ Fair<br>☐ Poor | Would you recommend this man to a prospective employer as having the ability to get along with co-workers, learn average skills, produce and be reliable and dependable? | ☑ Strongly<br>☐ Possibly<br>☐ No |

Remarks: (State in your own words your general conception, impression or opinion of this man)  
M. FLETCHER IS THE METRO SHOP CLERK, HE'S AN EXCELLENT WORKER AND HAVE AN EXCELLENT ATTITUDE.  
M. FLETCHER IS ALSO A "VERY GOOD EXPERIENCED "UPHOLSTERER"" THAT DO NOT MIND HELPING OUT WHEN  
_____

in what he actually does in your squad.

Ind. Ed. Spec.  
Officer  
Office  

Signed _____

# Family & Medical Counseling Service, Inc.

## Certificate of Completion

This certifies that

**Thaddeus Fletcher**

Has successfully completed

**HIV/AIDS Education**

presented this 18th day of September 20 06

Health Educator: Bernard L. Cooper

PROJECT UJIMA

# Certificate of Completion

## NARCOTIC ANONYMOUS ATTENDANCE AWARD

**This certifies that**

Name: FLETCHER, THADDEUS

191-841
D.C.D.C.

has successfully attended and participated in twenty-four (24) N.A. meetings and is hereby awarded this certificate on this 19th day of JULY 2000.

_____
Program Monitor

_____
Deputy Warden for Programs

_____
Kenneth H. Wolf
Warden

# The International Library of Poetry

1 Poetry Plaza • Owings Mills, Maryland 21117-6282 • (410) 356-2000 • www.poetry.com

VIP # P1657584-223

Thaddeus Fletcher
PO Box 85
Lorton, VA  22199

Dear Thaddeus:

Thank you for entering our recent contest. The judges wish to recognize your outstanding poetic contribution to this anthology. We are therefore pleased to award you our Editor's Choice Award for your contest entry as published in <u>Sunrise and Soft Mist</u>. Congratulations on your creative achievement.

Sincerely,

The International Library of Poetry



**Editor's Choice Award**

Presented to

*Thaddeus Fletcher*

for Outstanding Achievement in Poetry
Presented by
The International Library of Poetry
1999

Cynthia Stevens
Senior Editor

Caroline Sullivan
Senior Editor

# Into All The World

## CERTIFICATE OF COMPLETION

This is to certify that _Thaddeus Fletcher_

Whose home address is _Gretna, VA_

Has satisfactorily completed Into All The World Correspondence Course offered by _Christ's Own Fellowship_ on this _15th_ day of _August_ Nineteen Hundred and Ninety _two_

_[signature]_
DIRECTOR

# CERTIFICATE

## Workshops for Training in Nonviolence
## Alternative to Violence Project, Inc.
A Project of the Baltimore Yearly Meeting, Religious Society of Friends (Quakers)

This is to certify that

**Thaddeus Fletcher**

has successfully completed the
Trainers Course in Nonviolent Conflict Resolution

_____
Lead Facilitator

10/30/99
Date

# CERTIFICATE

## Workshops for Training in Nonviolence
### Alternatives to Violence Project, Inc.
A Project of the Baltimore Yearly Meeting, Religious Society of Friends (Quakers)

This is to certify that

**Thaddeus Fletcher**

has successfully completed the
Advanced Course in Nonviolent Conflict Resolution

_[signature]_
Lead Facilitator

10/03/99
Date

# CERTIFICATE

## Workshops for Training in Nonviolence
### Alternatives to Violence Project, Inc.
A Project of the Baltimore Yearly Meeting, Religious Society of Friends (Quakers)

This is to certify that

**Thaddeus Fletcher**

has successfully completed the
Basic Course in Nonviolent Conflict Resolution

_____
Lead Facilitator

6/20/99
Date

# Studies in the Bible
## Certificate of Recognition

Presented to _____Thaddeus Fletcher_____

Who has satisfactorily completed this Correspondence Course offered by

**CHRIST'S PRISON FELLOWSHIP**
P.O. Box 419
Wichita, Kansas 67201
"A Ministry of Churches of Christ"

on this the ___26th___ day of ___June___ 1999

_____Jane McGill_____
Director of Studies



# CERTIFICATE OF COMPLETION

This certifies that

**Thadeus Fletcher**

has completed the Life Skills A
class at the Occoquan Facility on

March 8, 1999.

_____  Instructor
_____  Deputy Warden f/Programs
_____  Acting Principal
_____  Warden

# CERTIFICATE OF COMPLETION

This certifies that

## Thaddeus Fletcher

has completed the

## Employment Techniques and Awareness Preparation Program

with distinction at the Occoquan Facility

on February 26, 1999.

_Joseph C. Trigg_
Instructor

_Smith B. Michelau_
Deputy Warden f/Programs

_Dr. Jackson_
Acting Principal

_[signature]_
Warden

# CERTIFICATE OF COMPLETION

This certifies that

**Thaddeus Fletcher**

has completed the Life Skills Wholistic Man class at the Occoquan Facility on

February 17, 1999.

_____
Instructor

_____
Deputy Warden f/Programs

_____
Acting Principal

_____
Warden



# Mount Hope Prison Ministry

is honored to present this

## Certificate of Completion

to

MR. THADDUS FLETCHER

For satisfactorily completing the Bible Correspondence Course

**GENESIS**

This EIGHTH Day of FEBRUARY 19 99

_____
Executive Director

# Certificate of Participation

This certifies that

THADDEUS PLETCHER 191-841

has been awarded this certificate for

ALCOHOLICS ANONYMOUS

Date February 4, 1999

Ms. Penny Spivey, Program Coordinator

Dr. T. B. McPherson
Program Officer



# OCCOQUAN

## N.A.  Narcotics Anonymous  N.A.
### Attendance

191-841

This Certificate is to acknowledge that

**THADDEUS FLETCHER**

has successfully abstained from using any mind altering/mood changing chemicals for the last 180 days  FEBRUARY 3, 1999

Ms. Penny Spivey
Program Coordinator

P.T.B. McDuee
Program Officer

# Certificate of Participation

This certifies that

Thaddeus Pletcher   191-841

has been awarded this certificate for

## ALCOHOLICS ANONYMOUS

Date _November 12, 1998_

_Ms. Penny Spivey, Program Coordinator_

_Program Officer_



# OCCOQUAN

## N.A.  Narcotics Anonymous  N.A.
### Attendance

---  191-841  ---

**This Certificate is to acknowledge that**

Thaddeus Fletcher

**has successfully abstained from using any mind altering/mood changing chemicals for the last** 90 days.

November 11, 1998

Ms. Penny Spivey
Program Coordinator

CPL P. F____
Program Officer